# EXHIBIT K

# U.S. Department of Labor
Employment and Training Administration

FEB 16 2004 

READ CAREFULLY: In view of the statutorily established basic function of the employment service as a no-fee labor exchange, that is, as a forum for bringing together employers and job seekers, neither the ETA nor the State agencies are guarantors of the accuracy or truthfulness of information contained on job orders submitted by employers. Nor does any job order accepted or recruited upon by the JS constitute a contractual job offer to which the ETA or a State agency is in any way a party.

OMB Approval No. 1205-013 AGRICULTURAL & ALIEN LABOR

| 1. Industry Code | 2. Job order Number |
|---|---|
| 0161 | GA 7257430 |

3. Occupational Title and Code

407.687-010   Farmworker; Field Crop II

| 4. Employer's Name and Address (Number, Street, City, State, Zip Code, and telephone number) | 5. Anticipated Period of Employment |
|---|---|
| Bland Farms - 1126 Raymond Bland R. Glennville, GA 30427 Tel. 912/654-1426Ext.114 in C/O ILMC, Agent for Bland Farms POB 630 - 230 Cameron Ave. Vass, N.C. 28394 Tel. 910/245-4808 | From: 4/4/04 To: 5/21/04 |

| 6. Clearance Order Issue Date | Job. Order. Expiration Date |
|---|---|
| 2/19/04 | 4/28/04 |

| 7. Preferred Crew Leader/Worker's Name and Address | Social Security Number | Leader's Functions | | Yes | No | 8. No. & Type of Workers Requested |
|---|---|---|---|---|---|---|
| See Attachment, Section 7, for information on terms and conditions for interested fully registered Farm Labor Contractors. | | Supervisor | | ☐ | ☒ | Total Number ... 260 ..... |
| | Telephone Number | Transports | | ☐ | ☒ | No. Individual ... 260 ..... |
| | | Pays | | ☐ | ☒ | No. Family ........... |
| | | Assumes OASI | | ☐ | ☒ | |

9. Wage Rates, Special Pay Information and Deductions

| Crop Activity | Flat Rate (i.e., hr. wk.) | Piece Rate | Unit | Est. Hourly Rate Equiv. | C/L/ Wage Rate | 10. Anticipated Hrs. of Work Per Week ..... 40 ..... |
|---|---|---|---|---|---|---|
| See Attachment for full disclosure of wages paid. | | | | | | |
| See Attachment for disclosure information on crewleader override. | | | | | | |
| (See attachment no. ...... 9 ........ ) | | | | | | |

| | | |
|---|---|---|
| Normal Hours Per Day | Sun .0.. Thu .7.. Mon .7.. Fri .7.. Tues .7.. Sat .5. Wed .7.. | |

11. Job Specifications (If additional space is needed, please use separate sheet of paper or reverse of form)

Employees will be expected to perform work activities related to harvesting Vidalia Onions. Workers will be expected to harvest, clip, bag and/or load mature Vidalia onions. Worker will pick up mature onions from ground level and clip the root and top from each onion using supplied shears or other tool and place in bucket. Workers must exercise extreme care not to drop the onions at any time during handling. Workers should place the onions in the bucket carefully and with caution to avoid bruising or fingernail cuts. After two buckets weighing approximately 60 pounds are gathered the worker will transfer the onions to a field bag or to a bin box. Worker may place full field bags into windrows as directed by the employer or designated supervisor or load onto field wagon or truck as directed. Loose onions or onions spilling out of the field buckets must be picked up and placed back in bags, buckets or bins. Workers must be physically able to lift between 50 and 100 lbs. occasionally and up to 50 lbs. frequently throughout each workday. See Attachments to ETA 790 for complete job description.

(See attachment no. ......... 11 ......... )

| 12. Location and Direction to Work Site | 13. Board Arrangements |
|---|---|
| Rt. 1 Box 619, Reidsville, GA. 10 Miles South of Reidsville on Hwy 121. Various Counties in GA, USA  See Attachment (See attach. no. _ _ _ _ _ ) | (See attach. no. _____ 13 _____ ) |

| 14. Location and Description of Housing | Number and Capacity of Housing Units | | | | | |
|---|---|---|---|---|---|---|
| See Addendum | | Barracks | | Family Units | | Single Rooms |
| | No. | Total Cap. | No. | Total Cap. | No. | Total Cap. |
| Employer assures the availability of no cost or public housing which meets the full set of applicable standards. (See attach. no. _ _14_ _ ) | | 260 | N/A | N/A | N/A | N/A |
| | Authorized Capacity ..... 260 ........... | | | | | |

| 15. Referral Instructions | 16. Collect Calls Accepted | Yes | No |
|---|---|---|---|
| See Attachment #15 (See attach. no. _ _15_ _ ) | By Employer | ☐ | ☒ |
| | By Order Holding office | ☐ | ☒ |

| 17. Transportation Arrangements | 18. Distribution of Clearance Order |
|---|---|
| See Attachment #17 (See attach. no. _ _ 17 _ _ ) | PR, TX |

| 19. Address of order Holding Office (Including Telephone Number) | 20. Employer's Certification: This job order describes the actual terms and conditions of the employment being offered by me and contains all the material terms and conditions of the job. |
|---|---|
| GA Department of Labor 148 International Blvd., NE, Room 450 Atlanta, GA  30303 Tel. 404/656-3164 232-3500 | Signature *[signature]*   See Attached Agent Statement |
| Name of Agency Representative (Including Telephone Number) 232-3500 Sherri Wilson  Tel. 404/656-3164 | Title Delbert Bland, Owner Bland Farms |

DRAWN FEB 1 6 2004

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

**APPLICATION
FOR
ALIEN EMPLOYMENT CERTIFICATION**

AGRICULTURE AND
ALIEN CERTIFICATION OF EMPLOYMENT

**IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM**

*PRINT legibly in ink or use a typewriter. If you need more space to answer questions on this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.*

*To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001).*

| 1. Name of Alien *(Family name in capital letter, First, Middle, Maiden)* | | 3. Type of Visa *(If in U.S.)* |
|---|---|---|
| Unknown | | |

2. Present Address of Alien *(Number, Street, City and Town, State, ZIP Code or Province, Country)*

Unknown — 3. Type of Visa *(If in U.S.)* N/A

The following information is submitted as evidence of an offer of employment.

| 4. Name of Employer *(Full name of organization)* | 5. Telephone *(Area Code and Number)* |
|---|---|
| Bland Farms | 912/654-1426 Ext. 114 |

6. Address *(Number, Street, City or Town, Country, State, ZIP Code)*

1126 Raymand Bland Road Glennville, Georgia 30427
in C/O ILMC, Agent for Bland Farms PO Box 630 - 230 Cameron Ave. Vass, NC 28394 Telephone 910/245-4808

7. Address Where Alien Will Work *(If different from item 6)*

Various counties in Georgia.    See Addendum ETA 790

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule *(Hourly)* | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | | a. Basic | b. Overtime |
| Farmer; Field Crop | Field Crop Farmworker II General Farm Laborer | 40 | -0- | 7:00 a.m. 3:00 p.m. | $ 7.49 per Hour | $ per N/A |

13. Describe Fully the Job to be Performed *(Duties)*

Employees will work in Vidalia Onions. Workers will be expected to harvest, clip, bag and/or load mature Vidalia onions. Worker will pick up mature onions from ground level and clip the root and top from each onion using supplied shears or other tool and place in bucket. Workers must exercise extreme care not to drop the onions at any time during handling. Workers should place the onions in the bucket carefully and with caution to avoid bruising or fingernail cuts. After two buckets weighing approximately 60 pounds are gathered the worker will transfer the onions to a field bag or to a bin box. Worker may place full field bags into windrows as directed by the employer or designated supervisor or load onto field wagon or truck as directed. Loose onions or onions spilling out of the field buckets must be picked up and placed in bags, buckets or bins. See Attachments to ETA 790 for complete job description.

14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job described in Item 13 above.

| EDU-CATION (Enter number of years) | Grade School | High School | College | College Degree Required *(Specify)* No |
|---|---|---|---|---|
| | 0 | 0 | 0 | Major Field of Study N/A |

| TRAIN-ING | No. Yrs. | No. Mos. | Type of Training None |
|---|---|---|---|

| EXPERI-ENCE | Job offered | | Related Occupation | | Related Occupation *(Specify)* |
|---|---|---|---|---|---|
| | Yrs. | Number Mos. | Yrs. | Mos. | None |
| | 0 | 0 | 0 | 0 | |

15. Other Special Requirements

Able to work in hot, humid weather, bending or stooping to reach ground level crops and able to stand on feet for long periods of time. Physically able to lift between 50 and 100 lbs. occasionally and up to 50 lbs. frequently throughout each workday.

| 16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor | 17. Number of Employees Alien Will Supervise |
|---|---|
| Employer/Supervisor | 0 |

ENDORSEMENTS *(Make no entry in section - for government use only)*

Date Forms Received

| L.O. FEB 1 6 2004 | S.O. |
|---|---|
| R.O. | N.O. |
| Ind. Code | Occ. Code |
| Occ. Title | |

Replaces MA 7-50A, B and C (Apr. 1970 edition) which is obsolete.    ETA 750 (Oct. 1979)

| 18. COMPLETE ITEMS ONLY IF JOB IS TEMPORARY | | | 19. IF JOB IS UNIONIZED (Complete) | | |
|---|---|---|---|---|---|
| a. No. of Openings To Be Filled By Aliens Under Job Offer | b. Exact Dates You Expect To Employ Alien | | a. Number of Local | b. Name of Local | |
| | From | To | | | |
| | | | | c. City and State | |
| 260 | 4-4-04 | 5-21-04 | | | |

**20. STATEMENT FOR LIVE-AT-WORK JOB OFFERS** *(Complete for Private Household Job ONLY)* N/A

| a. Description of Residence | | b. No. Persons Residing at Place of Employment | | | | c. Will free board and private room not shared with anyone be provided? |
|---|---|---|---|---|---|---|
| ("X" one) | Number of Rooms | Adults | Children | | Ages | |
| ☐ House | | | BOYS | | | ("X" one) |
| ☐ Apartment | | | GIRLS | | | ☐ Yes  ☐ No |

**21. DESCRIBE EFFORTS TO RECRUIT U.S. WORKERS AND THE RESULTS.** *(Specify Sources of Recruitment by Name)*

Attempt to recontact former workers.
Advertise in local newspaper and radio.
Advertise by word of mouth.
Publicize need through Employment Service who will solicit US referrals from states determined to be farmworker supply states and nationally through America's Job Bank.

The Employer will engage in positive recruitment of U.S. workers to the same extent (with respect to both effort and location) no less than that of non H2A Employers of comparable or smaller size in the area of employment in accordance with 655.102(d).

**22.** Applications require various types of documentation. Please read PART II of the instructions to assure that appropriate supporting documentation is included with your application.

### 23. EMPLOYER CERTIFICATIONS

*By virtue of my signature below, I HEREBY CERTIFY the following conditions of employment.*

a. I have enough funds available to pay the wage or salary offered the alien.

b. The wage offered equals or exceeds the prevailing wage and I guarantee that, if a labor certification is granted, the wage paid to the alien when the alien begins work will equal or exceed the prevailing wage which is applicable at the time the alien begins work.

c. The wage offered is not based on commissions, bonuses, or other incentives, unless I guarantee a wage paid on a weekly, bi-weekly or monthly basis.

d. I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.

e. The job opportunity does not involve unlawful discrimination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.

f. The job opportunity is not:

(1) Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage.

(2) At issue in a labor dispute involving a work stoppage.

g. The job opportunity's terms, conditions and occupational environment are not contrary to Federal, State or local law.

h. The job opportunity has been and is clearly open to any qualified U.S. worker.

### 24. DECLARATIONS

**DECLARATION OF EMPLOYER** ➤ Pursuant to 28 U.S.C 1746, I declare under penalty of perjury the foregoing is true and correct.

| SIGNATURE | DATE 2-13-04 |
|---|---|
| *[signature]* See Attached Agent Statement | |

| NAME (Type or Print) | TITLE |
|---|---|
| Delbert Bland    See Attached Agent Statement | Owner Bland Farms |

**AUTHORIZATION OF AGENT OF EMPLOYER** ➤ I HEREBY DESIGNATE the agent below to represent me for the purpose of labor certification and I TAKE FULL RESPONSIBILITY for accuracy of any representations made by my agent.

| SIGNATURE OF EMPLOYER | DATE 2-13-04 |
|---|---|
| *[signature]* See Attached Agent Statement | |

| NAME OF AGENT (Type or Print) | ADDRESS OF AGENT (Number, Street, City, State, ZIP Code) |
|---|---|
| Craig S. Eury, Jr., President International Labor Management Corporation, Agent | P.O. Box 630 Vass, NC 28394 |

# CONDITIONAL ACCESS

The request for conditional access into the intrastate or interstate clearance system is made on behalf of indicated employer whose housing has not yet been inspected and found in compliance with applicable regulations and is made with the express understanding that the respective employer assumes the obligation under the applicable regulations for timely compliance with applicable housing standards. See addendum.

Signed _____     Date __2/11/04_____

Bland Farms will offer US workers at least the same opportunities, wages, benefits, and working conditions as those which the employer offers or intends to offer to non-immigrant foreign workers.

7. This job order is for individuals and/or for registered Farm Labor Contractors (Federal DOL License) and crews. All Farm Labor Contractors considered for employment under this job order must possess a current and valid Federal Farm Labor Contractor License (issued by USDOL) which is in full force and effect under the regulations pertaining to Farm Labor Contractors of the Migrant and Seasonal Agricultural Worker Protection Act (MSPA), and must be in full compliance with all other applicable local, state and federal laws for the full period of employment covered by this application. A faxed copy of the applicants currently valid Federal Farm Labor Contractor license will be sufficient to establish initial compliance with this requirement.

Farm Labor Contractors planning to provide transportation or cause their crewmembers to be transported must provide Bland Farms with current valid evidence that they are Transportation Authorized by US DOL (current documentation of required vehicle inspections and proper insurance) prior to departing the place of recruitment. Farm Labor Contractors providing transportation to the jobsite to their crewmembers will be reimbursed their actual cost of transportation for those workers who complete 50% of the work contract period in accordance with H-2A regulations up to a maximum of the most economical common commercial carrier transportation cost for the distance involved. Farm Labor Contractors are free, of course, to transport their crewmembers by commercial transportation. Transportation and subsistence reimbursement will be provided by Bland Farms in accordance with H-2A regulations as disclosed in Section 17 of this attachment. All transportation provided or caused to be used by the Farm Labor Contractor must be in accordance and compliance with H-2A regulations and applicable regulations of MSPA and in accordance with any other applicable federal, state or local laws or regulations for the jurisdiction involved. If Farm Labor Contractors will not provide transportation for their crewmembers, a written attestation to that effect must be signed and faxed to the employer prior to departing the place of recruitment.

Farm Labor Contractors employed by Bland Farms must provide copies of all personnel documentation for each employee recruited to work at Bland Farms. Any person who recruits US workers to be employed at Bland Farms on behalf of the Farm Labor Contractor must be properly licensed as a Farm Labor Contractor or a Farm Labor Contractor Employee under MSPA and comply with all applicable requirements of MSPA and all other applicable federal, state, and local laws and regulations.

Each member of a Farm Labor Contractors labor crew must possess original, valid documentation evidencing they are legally authorized to work in the United States and sufficient to complete Form I-9. No employee will be permitted to begin work until such documentation has been presented and a Form I-9 has been completed.

Farm Labor Contractors functions are limited exclusively to recruitment and supply of legal domestic workers to the employer. The grower performs all other employer functions including, but not limited to, interviewing, hiring, employing, housing, paying, transporting, and supervising. Farm Labor Contractor credentials will be verified and substantiated at the time of referral and/or application and those Farm Labor Contractors found not to be properly registered and not in full force and effect with applicable Farm Labor Contractor laws and other applicable laws will not be considered for employment under this job order.

Before a Farm Labor Contractor can depart the place of recruitment for work at Bland Farms he/she must meet the standards set forth above and sign an agreement attesting that they are in full compliance with all local, state, and Federal laws and the standards above. The Farm Labor Contractor must further agree to pay any and all costs arising from fines or violations cited by US DOL Wage and Hour and to pay any and all costs arising from litigation involving the Farm Labor Contractor and indemnify Bland Farms from any violations of law on the part of the Farm Labor Contractor.

8. The approximate maximum number of workers to be employed in the certified occupation by Bland Farms is shown in the Addendum (employer information summary). Bland Farms will control exclusively the assignment of workers employed under this job order and maintain records of such assignments, and will transfer workers to different jobs to perform the work for which the temporary labor certification is granted. The actual number of workers employed in the certified job opportunities at Bland Farms at any given time may be more or less than the approximate numbers shown in the addendum, depending upon crop conditions, weather, markets or other circumstances that develop during the season.

9. Wages Rates, Special Pay Information and Deductions :

This job includes activities paid by the hour and piece rate activities with a minimum hourly guarantee. The tasks in the crops listed below will be paid at the piece rates listed. All other work will be paid the adverse effect wage rate (AEWR) of $7.49 per hour unless otherwise noted.

| Crop Activity | Piece Rate / Unit | Est. Hourly Earnings |
|---|---|---|
| **ONIONS** | | |
| Harvest, Clip, Bag and Load Vidalia Onions | $0.75 per 60 lb. Bag | $7.49 |

Workers must Harvest, Clip, Bag and Load a minimum of 6.5 bags of Vidalia Onions per hour, after completing the training period. Workers who do not meet this productivity standard may be terminated.

| | | |
|---|---|---|
| Harvest, Clip, Bag and Load Vidalia Onions/ Open field | $10.50 per 5 person team/ Bin Box Approx. 750lbs. | $7.49 |
| Onion Loaders Onto trucks or other transport | $0.11 per 60 lb. bag/Per 4 man team | $7.49 |
| Mechanical Harvester Truck Driver | | $8.00 |
| Field Walkers | | $7.49 |
| Forklift Operator Field | | $8.00 |
| Bin Unloaders Field | | $7.49 |
| Truck Driving | | $8.00 |
| Farm Bus Drivers | | $8.00 |
| Farm and Field Maintenance and Sanitation | | $7.49 |

**Equipment Operation During Production Operations:** Workers may be required to operate equipment during operations as a supportive activity in the production and harvesting of vidalia onions. Operation in support of production and harvesting will be paid at $8.00 per hour unless otherwise listed. Before any worker is required to operate a piece of equipment, the worker will be instructed in the proper and safe operation. Workers will be required to operate equipment according to instructions and in a manner that protects the operator, other workers, crops and equipment. Repeated failure to obey operating and safety instructions may result in termination.

The tasks listed above will be paid at the above listed piece rates whenever possible. In instances when, in the employer's judgment, working conditions are unusually adverse, the employer may, in its sole discretion, temporarily raise the piece rate above the rates listed above, or may elect to pay workers at the hourly rate of $7.49 per hour, in order to assure workers fair earnings. None of the tasks listed above will be paid at less than the above-listed piece rates. Certain tasks included in this job order are paid at the piece rates described herein. All other work will be paid on an hourly basis at the Adverse Effect Wage Rate(AEWR) of $7.49 per hour. If a higher piece rate or hourly rate is determined to be prevailing in the area of intended employment for any activity included in this order, the higher prevailing piece or hourly rate will be paid in lieu of the rate described herein.

Workers are guaranteed their total earnings for all hours worked in a payroll period will not be less than the AEWR of $7.49 per hour.

In all instances, the guarantee of not less than the AEWR of $7.49 per hour for all hours worked in the payroll period will apply.

Workers are guaranteed that their total earnings will be at least equal to the AEWR of $7.49 per hour for all hours worked in a pay period. If a worker's total earnings in any pay period in which the worker has worked at a piece rate are less than the AEWR of $7.49 for all hours worked in the pay period, the employer will increase the worker's pay to the guaranteed minimum of $7.49 per hour for the total hours worked in the pay period. In the event that the Department Of Labor promulgates a new AEWR applicable to any portion of the period of employment covered by this job order which is higher or lower than the AEWR herein, the employer will pay the higher AEWR, and may, at the employer's sole discretion pay the lower AEWR, beginning with the effective date of the new AEWR.

In the event the AEWR is eliminated from the H-2A program during the life of this work agreement, either administratively or legislatively, the employer reserves the right to pay the new wage rate under the new guidelines as soon as it becomes effective.

All activities not listed as paid by piece rate will be paid by the hour in accordance with the prevailing hourly wage survey or the AEWR, whichever is highest.

Where listed, all other job activities under this job order are hourly rate paid jobs with a minimum rate guarantee of the AEWR ($7.49 per hour), or prevailing rate, whichever is higher.

## FARM LABOR CONTRACTOR(S)

Properly registered US Farm Labor Contractors (Crewleaders) employed by Bland Farms in accordance with Section 7 above will receive compensation (override) for recruiting and providing US workers legally authorized to work at Bland Farms.

The override will be comparable to rates paid for the supervisors of non-immigrant alien workers but shall not be less than 15 % of the total payroll for the Farm Labor Contractors crew. The maximum pay, however, for a Farm Labor Contractor is capped at $20.00 per hour regardless of the number of workers provided. **The employer, Bland Farms, will verify every employee's (new hire) employment eligibility with the United States government.**

Farm Labor Contractors will not supervise the workers they recruit/provide or any other employees at Bland Farms unless they are expressly authorized to do so by the farm owner.

Farm Labor Contractors will be offered employment with the same terms and conditions under this job order as their crew. Farm Labor Contractors who accept a job as a

4

farmworker at Bland Farms will receive the terms under this job order in addition to the override disclosed above. Farm Labor Contractors employed as farmworkers at Bland Farms are subject to the same terms and conditions as all other workers employed under this agreement.

A. The employer will make the following deductions from the Worker's wages : FICA taxes and Federal Income Tax as required by law, cash advances and repayment of loans, repayment of overpayment of wages to the worker, payment for articles which the Worker has voluntarily purchased from the Employer, long-distance telephone charges, recovery of any loss to the Employer due to the Worker's damage (beyond normal wear and tear) or loss of equipment or housing items where it is shown that the Worker is responsible, and any other deductions expressly authorized by the Worker in writing. No deduction not required by law will be made that brings the worker's hourly earnings below the Federal statutory minimum wage of $5.15 per hour.

B. The employer guarantees to offer employment for the hourly equivalent of 3/4 of the workdays of the period during which the work contract and all amendments thereto are in effect, beginning with the first workday after the workers' arrival at the employers place of employment and the worker is ready, willing, able, and eligible to work and ending on the expiration date specified in the work contract or any extensions thereof or upon the termination of this employment as provided in paragraph C below. For purposes of this guarantee, a "workday" consist of seven hours daily Monday through-Friday and five hours on Saturday. The worker is not required to work on his Sabbath or on federal holidays which are New Year's Day, January 1; Martin Luther King, Jr.'s birthday, the third Monday in January; Washington's Birthday, the third Monday in February; Memorial Day, the last Monday in May; Independence Day, July 4; Labor Day, the first Monday in September; Columbus Day, the second Monday in October; veteran's Day, November 11; Thanksgiving Day, the fourth Thursday in November; and Christmas Day, December 25. On certain of these days, work may be available. If, at the conclusion of the work agreement, the worker has been offered less employment than required under this guarantee, the employer will pay the worker, at the worker's average hourly rate for the hours actually worked by the worker, for those hours in addition to the hours of work offered, required to fulfill the guarantee. If the worker is paid on a piece rate or other similar incentive system, the worker's average hourly piece rate earning (if higher than the AEWR) will be used in determining the amount due under this guarantee. In determining whether this guarantee of employment has been fulfilled, the employer will count as hours of work offered all hours actually worked. In addition the employer may count hours of work offered all hours for which work was offered and not worked which do not exceed a total of hours worked and hours offered but not worked of the normal work hours. The guarantee described in this paragraph shall not apply if the worker voluntarily abandons this employment before the end of the contract period or in the event the worker is terminated for a lawful job-related reason. The guarantee described in this paragraph shall not apply to an H-2A alien worker who is terminated because of the employer's compliance with the requirement to employ all qualified eligible US workers who apply during the first 50 percent of the contract period.

C. The work contract shall be terminated before the end of the Period of employment if the services of the workers are no longer required for reasons beyond the control of the Employer due to fire, frost, flood, drought, hail, other Act of God which makes fulfillment of this contract impossible. In such cases, the employer will make efforts to transfer the worker to other comparable employment acceptable to the worker. If such transfer is not effected, the workers will be returned at Employer's expense to the place from which Worker, without intervening employment, came to work for the employer. In the event of such termination, the guarantee described in paragraph B ends on the date of termination.

D. The payroll period shall be weekly. Workers will be paid weekly.

E. Employer will provide a US worker referred through the Agricultural Recruitment System forty (40) hours of work for the week beginning with the anticipated date of need, specified in item 5 unless the employer has amended the date of need by notifying the local SESA office at least 10 working days prior to the original date of need. If the employer fails to notify the order-holding office, then employer shall pay an eligible worker referred through the interstate clearance system $7.49 per hour (AEWR) for the first week, starting with the original anticipated date of need. If the worker fails to notify the order-holding office of his continuing interest in the job no sooner than nine working days and no later than five working days before the date of need, the worker will be disqualified from the above-mentioned assurance.

F. The Employer will furnish to the worker, on or before each payday one or more written statements showing the worker's total earnings for the pay period, his hourly rate and/or piece rate in accordance with the guarantee described in paragraph B. (if applicable); the hours of work which have been offered to the worker, the total hours actually worked by the worker, an itemization of all deductions made from the worker's wages; if piece rates are used, the units produced daily; the worker's net pay; the employer's name, address and IRS identification number.

10. Anticipated Hours of Work :

Workers will report to work at the designated field at the designated time as directed by the Grower/supervisor each day. The standard work week of 7 hours per day Monday through Friday and 5 hours on Saturday is normal. Workers may be requested to work up to 10 hours per day, or more, depending upon the conditions in the fields and maturity of the crops, but will not be required to work more than 7 hours on Monday through Friday and 5 hours on Saturday. Workers may be offered work on federal holidays and on their Sabbath but will not be required to do so. Workers may volunteer to work additional hours when work is available. Down Time : Workers should expect occasional periods of little or no work because of weather, crop, market or other conditions beyond the employers control. These periods can occur anytime throughout the season.

11. Job Specifications :

## Harvesting Vidalia Onions

Worker will pick up onions at ground level and clip each root and top of onion using supplied shears and place in bucket. **At no time will onions be dropped from a height greater than 8 inches into buckets, or at any time during handling. Workers must exercise extreme care not to drop the onions at any time during handling.** Workers should place the onions in the bucket carefully and with caution to avoid bruising or fingernail cuts. After two buckets weighing approximately 60 pounds are full the worker will transfer the onions to a field bag or to a common 750 lb. field bin. Worker will properly place full field bags into windrow as directed by employer or field supervisor. Loose onions or onions spilling out of field bags must be picked up and placed back into bags, buckets or field bins. Prior to opening a field (beginning harvest) for the first time, workers may be required to dig/pull onions and distribute them into adjacent onion beds/rows. This will clear a windrow for equipment towing bin boxes for harvest. This will only be done in a few rows in each new field as it is opened. Workers will not pick seed onions.

## Loading Bin Boxes

A team of five workers will clip into buckets. Four members of the team will clip and the fifth member will dump buckets into a field bin approximately 36 inches high. The team members will rotate jobs during the day. Rate of pay is $10.50 per bin box to be divided between the crew.

## Unloading Bin Boxes

Workers will be required to unload empty field bins and place them strategically in the field for harvest activities as instructed by the supervisor.

## Loading Field Bagged Onions

Full field bags will be loaded and stacked by hand onto trucks or trailers. A team of four people will perform this activity. Any loose onions spilling from the bags must be picked up and placed in the bags.

## Field Walkers

The field walkers will walk fields and count workers bags of clipped onions. They will examine clipped onions for quality and assist in field tallies and record keeping.

## Truck Drivers

Drivers will haul filled bags or bins to shed and return empty bags or bins to the field. They will assist in loading and picking up loose or spilled onions. They will drive tractors if

needed. Workers will be instructed in the safety and operation of the trucks/tractor before driving the tractor. Trucks/tractors should be driven in a manner to protect operator, other workers, products, crops, and equipment. Repeated failure to obey safety requirements and operating instructions may result in termination.

## Bus Drivers

Drivers will drive bus to transport workers to and from fields and housing sites. They will also drive bus to town as needed and to medical service provider and so forth as needed. Workers will be instructed in the safety and operation of the bus before driving the bus. Buses should be driven in a manner to protect operator, other workers, products, crops, and equipment. Repeated failure to obey safety requirements and operating instructions may result in termination. This job requires a valid CDL driver's license and compliance with all applicable laws.

## Mechanical Harvester Truck Drivers

Workers will drive US Army surplus type harvester trucks to field and follow beside harvester to load trucks, then drive to farm packing shed and operate unloading devices until truck is empty. Drivers will also be required to pick up any loose or spilled onions dropped during the activity in the field. Workers will be instructed in the safety and operation of the truck before driving the truck. Trucks should be driven in a manner to protect operator, other workers, products, crops, and equipment. Repeated failure to obey safety requirements and operating instructions may result in termination. This job requires a valid CDL driver's license and compliance with all applicable laws.

## Forklift Operation During Field Operations

During field operations, workers may be required to operate forklifts in the field or between fields incidental to the job being performed. Workers will be instructed in the safety and operation of the forklift before operating the forklift. Forklifts should be driven in a manner to protect operator, other workers, products, crops, and equipment. Repeated failure to obey safety requirements and operating instructions may result in termination.

## Farm, Field Sanitation

All workers will be responsible for picking up trash, cleaning bathrooms, sweeping floors and other farm and field sanitation duties.

## GENERAL CONDITIONS APPLICABLE TO ALL CROPS :

Field work begins at assigned time shortly after daylight. Work may be performed during light rain and in high humidity and in temperatures ranging from 110 degrees to 35 degrees F. Workers will perform the majority of tasks stooping in a bent over crouched position

and can expect to stand on their feet for extended periods of time. Workers will supply their own work clothes and shoes. All the tasks in this Job Description constitute one (1) job; the employer may assign workers to different tasks on any day or to multiple tasks during the same day in the sole judgment of the employer. All duties assigned under this order will be those duties of Farmworker, Field Crop II, DOT designation 404.687-010. This is a very demanding and competitive business in which quality specifications must be rigorously adhered to. Sloppy work can not and will not be tolerated.

Harvesting and/or work specifications, can change from time to time during the season due to crop or market conditions, even on the same crop. Workers will be expected to conform to the specific instructions given for each days work. Workers must use care not to break or damage any crops or equipment when performing all listed job activities. All crops harvested must meet USDA standards or standards contained in the employers contracts with buyer as communicated by the grower, supervisor or designated employee.

Instructions and general supervision will be provided by the farm owner/supervisor or a designated employee. However, field workers will be expected to perform their duties in a timely and proficient manner without close supervision.

Full Growing Season Commitment: The job offered requires that the worker be available for work seven hours per day Monday through Friday and five hours on Saturday every day that work is available for the full period of employment shown in Item 5, even though work may be slack for brief periods at any point during the season. The worker agrees to be available for work and perform the assigned work for the employer whenever work is available through the full period of employment shown in Item 5. Work available is defined as, no work required on the worker Sabbath or federal holidays, but work is required seven hours per day Monday-Friday, and five hours on Saturday.

The worker understands that if he abandons his employment or is terminated for cause prior to the end of the period of employment shown in Item 5 he will forfeit the 3/4 guarantee and reimbursement of certain transportation costs described elsewhere in this job order. Excessive absences and/or tardiness, as defined in the Work Rules attached hereto, can not be tolerated and may result in termination.

Daily individual work assignments, crew assignments, and location of work, will be made by and at the sole discretion of the farm manager and/or farm supervisor as the needs of the farming operation dictate. Workers may be assigned a variety of duties in any given day and /or different tasks on different days. Workers will be expected to perform any of the listed duties and work on any crop as assigned by the worker's supervisor.

Employer will provide tools and equipment at no cost for workers to perform the above tasks. Workers will be charged for any willful damage to or loss of such tools and equipment.

When beginning a crop activity for the first time, the employer will provide instructions and/or training in the proper way to perform the crop activity. Thereafter the worker will be expected to perform the task with diligence as instructed. By the beginning of the second working day (7 hours of work completed), the employer will expect a worker engaged in a piece rate paid activity to sustain a level of productivity sufficient to earn at least the minimum hourly wage specified in Section 6 of the Fair Labor Standards Act ($5.15 per hour). Workers in all activities will be expected to keep up with fellow workers, not to adversely affect the productivity of the others workers, and to perform the work in a manner specified by the employer and described herein. After the one day (7 hour) training and acclimation period, workers who fail to meet this standard and/or who fail to perform the work in the manner specified may be terminated.

<u>Sanitation Requirements</u>:

For food and general personal safety purposes, all workers will be required and expected to follow common sanitary practices at all times. This is particularly critical when hand harvesting crops for human consumption. Employees are required to cleanse their hands by washing them thoroughly with soap and water after using the bathroom and before entering the produce fields for harvest activities or other work activities.

13. Employer will furnish free cooking and kitchen facilities to those workers who are entitled to live in the employers housing so that workers may prepare their own meals. Workers will buy their own groceries. Once a week the employer will offer to provide (on a voluntary basis by the workers) free transpiration to assure workers access to the closest store where they can purchase groceries and other personal supplies. Workers may utilize a post office and a pay telephone during this time.

14. Please refer to Addendum No. 1 attached, "Summary of Employment and Housing"

Housing and kitchen facilities will be provided at no cost to workers who are not reasonably able to return to their place of residence the same day. The following section describing the terms and conditions of housing applies only to such workers. Workers may be housed in any approved housing of Bland Farms, solely at the discretion of the employer. Workers may be required to change housing accommodations during the period of employment as the demands of the work dictate. Housing is not provided nor available to non-workers. Specific housing accommodation assignments will be made to workers by the employer.

No charge will be made for bed or cooking utensils and similar items furnished by the employer to workers to whom housing is provided, unless unlawfully removed or damaged beyond normal wear and tear. Reasonable repair costs of damage or loss of property, other than that caused by normal wear and tear, will be deducted from the earnings of the workers found to be responsible for damage or loss to housing or furnishings. The employer will deduct repair costs from the employee's pay over whatever time period is necessary so that such deductions will not result in a worker's wages falling below the federal statutory minimum wage for the pay period.

Workers will keep assigned housing clean and in compliance with OSHA housing standards (1910.142) OSHA Regulations) as posted in the facility at all times when occupied. The housing provided varies according to location and includes frame houses, trailers, and dormitory-style buildings. Please refer to Addendum No. 1 attached : "Summary of Employment and Housing " which describes the specific housing accommodations available and their locations.

Housing provided will be shared without regard to the gender of the workers. In housing facilities occupied by both male and female workers, sex-segregated toilet facilities will be provided by the employer. Housing includes free kitchen facilities. The kitchen and other common areas will be shared. The employer, who is legally liable for compliance of the housing, retains possession and control of the housing premises at all times, and worker, if provided housing under the terms of this work agreement, shall vacate the housing promptly upon termination of employment with the employer who provides such housing.

Workers who reside in such housing agree to be responsible for maintaining the housing in a neat and clean manner. At the time of occupancy, housing shall be in compliance with 1910.142 OSHA Housing Standards. Workers residing in the employer provided housing agree to be responsible for maintaining the housing in a neat and clean manner and in compliance with OSHA standards as posted in the housing units at all times. Occupants must report any problem or potential problem with the housing to the employer or farm supervisor immediately.

Workers residing in employer's housing may have mail directed to them at the employer's address on the attached addendum. Workers will be provided a name and telephone number where they may be contacted in case of emergency while residing in the housing. The employer will not accept collect telephone calls.

15. The referral under this job order from the Applicant Holding Office is to be made to:

Ms. Patsy
Employee Resources Coordinator
Bland Farms
Rt. 4 Hwy 169 Glennville, Georgia 30427
Telephone 912/ 654-1426 Ext. 114

All local and intrastate (in state) applicants may be referred directly to Bland Farms for interview. All interstate (out of state) applicants interested in this job offer should first contact the Georgia Department of Labor - State Employment Service Agency Central Office in Atlanta, Georgia at (404) 656-3164 prior to contacting Bland Farms to verify the terms and conditions have not changed and for permission to refer. State employment service agency staff are encouraged to call Bland Farms to make a referral while the applicant is at the Job Service office. Interviews will be conducted quickly over the telephone to create less of a burden on the applicant. Participation and monitoring of the

interview process by SESA staff guarantees proper disclosure of the terms and conditions and protects the integrity of the interview process. Workers should be fully apprised by the local employment office of the terms, conditions and nature of employment prior to referral . This will enable applicants to review all the information and make an informed decision about the job and will ensure compliance with disclosure requirements and enable Bland Farms staff to conduct the telephone interview quickly.

Only workers legally entitled to work in the United States and who posses original identity and employment eligibility documents sufficient to complete INS Form I-9, as required by the Immigration and Nationality Act, will be permitted to complete the hiring process. Workers referred against this order should be informed that they must have these documents in their possession when they arrive at the place of employment. After a hiring commitment has been made, the employment authorization status of each new employee will be verified through agencies of the United States government prior to the employee going to work.

Applicants may apply at any State Employment Service Agency (SESA) office or by contacting Patsy directly at 912/ 654-1426, Ext. 114 in accordance with the referral instructions above.

Workers recruited against the Job Offer from within normal commuting distance will not be provided with housing, subsistence and transportation.

17. Transportation :

The Employer will offer transportation to and from the daily work site to workers living in employers' housing at no cost to workers. The use of this daily transportation is voluntary; no worker is required as a condition of employment to utilize the daily transportation to the worksite offered by the employer. Once a week, the employer will provide transportation, on a voluntary basis to the worker, to and from town where there are shopping stores, a post office and a pay telephone.

This section pertains only to workers who are not reasonably to return to their place of residence the same day. Transportation benefits are not applicable to local workers who are not eligible for employer provided housing.

The Employer will not advance transportation and subsistence costs to the place of employment for any worker.

The Employer will reimburse workers who complete 50 percent of the work contract period and who are not reasonably able to return the same day to their place of residence for the reasonable cost of transportation and subsistence from the place of recruitment to the place of employment. The amount of the reimbursement for transportation cost will be the worker's actual transportation cost from the place of recruitment to the place of employment, not to exceed the most economical and reasonable common commercial

carrier transportation cost for the distance involved. The employer reserves the right to arrange charter or other transportation to assure the lowest available inbound transportation cost. Such inbound transportation will be at the worker's expense. Workers who do not avail themselves of such transportation, when available, will be reimbursed only the per worker cost of the employer-arranged transportation.

For workers who complete the work contract, the Employer will provide or pay for the worker's reasonable cost of return transportation and subsistence to the place of recruitment, except when the worker will not be returning to the place of recruitment due to subsequent employment with another employer. If the subsequent employer has not agreed to provide or pay for the worker's transportation to the subsequent place of employment, the Employer will provide or pay for the transportation and subsistence to the subsequent place of employment in lieu of providing or paying for such expenses to the place of recruitment. If the subsequent employer has agreed to provide or pay for the worker's transportation and subsistence to the subsequent place of employment the Employer will not provide or pay for such expenses. The Employer reserves the right to arrange charter or other return transportation. The Employer reserves the right to arrange charter or other return transportation. Workers who do not avail themselves of employer-provided return transportation, when available, will forfeit their right to return transportation.

The employer will not reimburse, pay for or provide transportation and subsistence to a worker who does not provide documentation of identity and employment eligibility required to complete INS Form I-9, or who has knowledge at the place of recruitment that he/she can not perform the duties of the job as described in this job order, or who abandons his/her employment, or who is discharged for lawful job related reasons. The Employer will provide or pay for transportation and subsistence under this agreement if the worker is terminated because of work related injury and is so certified by a doctor acceptable to the Employer before leaving the place of employment, or is terminated because of an Act of God which makes fulfillment of the work contract impossible, as provided in paragraph 9C, or if the worker is displayed by a US worker under the 50 percent rule in 20 CFR 655.103(e).

Daily subsistence reimbursement will be paid in accordance with regulations at 20CFR 655.102(b)(5) to workers who are eligible for reimbursement of transportation costs. Subsistence reimbursement shall be limited to $8.59 per day (as required and published in the Federal Register) for workers who do not produce documentation of actual expenses.

### Other Conditions of Employment :

A. Termination : Employer may terminate the worker for lawful job-related reasons and so notify the Job Service local office as required by law if the worker: a) refuses without justified cause to perform work for which the worker was recruited and hired, b) commits serious act(s) of misconduct or serious or repeated violation(s) of Work Rules attached hereto. c) fails after completing the training period to perform the work as specified in Item 11 and Attachment, d) malingers or otherwise refuses without justified cause to perform as

directed the work for which the Worker was recruited and hired; e) provides other lawful job-related reason(s) for termination of employment, f)abandons his employment; g) fails to meet production standard as specified, h) falsifies identification, personnel, medical, production or other work related records, i) fails or refuses to take a drug test, or j) commits acts of insubordination.

Workers must notify the employer prior to voluntarily terminating their employment. All wages due will be forwarded to the last known address for Workers that leave without providing notice. It is imperative that workers provide a complete and accurate address to the employer no later than the first day of employment. This employer has a no complete, no rehire policy. Termination for lawful job related reasons before the specified ending date listed in this application will disqualify the employee from future employment opportunities with this employer. Workers who abandon their employment without notice during the period covered by this work agreement will be disqualified from future employment opportunities with this employer. Voluntary resignation before the specified ending date listed in this application may disqualify the employee from future employment opportunities with this employer. For workers who resign their employment voluntarily, the employer will consider and evaluate special circumstances and hardship cases on a case by case basis. Employees, without exception, are required to notify appropriate supervisory staff prior to voluntarily terminating their employment to be considered and eligible for exemption to the no complete - no rehire policy.

B.  The employer may discipline the worker, including requiring the worker to leave the field ("time out") for a period determined by the foreman, suspension from employment for up to three days, or termination of employment as described in paragraph (A) above.

C.  Injuries:  Worker will be covered by Worker's Compensation Insurance or equivalent employer provided insurance for injuries arising out of and in the course of employment. Employer's proof of insurance coverage will be provided to the Regional Administrator before certification is granted. Workers must report all injuries and illnesses to a Bland Farms supervisor immediately. Failure to do so may result in termination.

D.  Employer Obligation if Employment Extended: No extension of employment beyond the Period of Employment specified in the job order shall relieve the Employer from paying the wages already earned, or if specified in the job order as a term of employment, providing return transportation or paying return transportation expenses to the Worker.

E.  Employer Notification of Changes in Employment Terms and Conditions: Employers will expeditiously notify the order-holding local office or State agency by telephone immediately upon learning that a crop is maturing earlier or later, or that weather conditions, over recruitment, or other factors have changed the terms and conditions of employment. The terms of this Work Agreement thereafter may be changed upon posted notice to the Worker and approval of the ETA Regional Administrator.

F. Outreach Workers : Outreach workers shall have reasonable access to the Worker in the conduct of outreach activities pursuant to 20 CFR 653.107 and 20 CFR 653.501.

G. Training : There will be a training/demonstration and acclimation period (7 hours) to familiarize workers with job specifications and to demonstrate proper harvest methods and other crop specific issues such as, but not limited to, the proper size and color of the commodity to be harvested and particular grading specifications. After completion of the demonstration period, the employer will expect all workers to meet production standards which equal to the minimum wage specified in Section 6 of the Fair Labor Standards Act, keep up with fellow workers, not adversely affect other workers productivity, and possess the skills to work in the production of the crops described in Item 11. After the training period, workers who fail to meet applicable production standards for the pay period may be terminated. The training/demonstration and acclimation period offered in this work agreement is consistent with the Dictionary of Occupational Titles definition trailer for 404.687-010 Farmworker, Field Crop II. As defined, the Specific Vocational Preparation listed in the trailer for this definition is 2, which estimates the average amount of time the typical worker requires to learn the techniques, acquire the information, and developed the facility needed for average performance on the job at anything beyond a short demonstration.

H. Work Agreement: A copy of the contract or Job Clearance Order and work rules (copy attached) will be provided to the worker by the employer no later than on the day the work commences.

I. Workers referred though the Interstate Clearance System for employment under this agreement may be covered by unemployment insurance. Whether such employment constitutes covered employment for benefit eligibility purposes will be determined by unemployment insurance regulations in effect at the time a claim is filed.

J. Employer agrees to abide by the regulations at 20 CRI 655.103, Assurances, and at 20 CFI 653.501.

K. The worker will be assigned to be employed under the terms of the Agreement at the farming operation of Bland Farms. The Worker will be informed of the address at Bland Farms on or before the first day of his Period of Employment hereunder.

L. If a sufficient number of US workers are available at the same time and place to come to work for the Employer, will, as part of its positive recruitment pursuant to 20 CFR 655105(a), coordinate group in-bound transportation arrangements (such as arranging for group purchase of bus tickets, charter bus service, or other arrangements or assistance, as appropriate). Workers will be responsible for paying the cost of such transportation pursuant to Item 17 of this Job Order.

M. Bland Farms is an equal opportunity employer. Women and minorities are encouraged to apply for these jobs.

N. There are no strikes, work stoppage, slowdowns or interruption of operations by employees at the place where the workers will be employed.

O. For US workers covered by the regulations found at 29 CFR 500.075(8) there are no arrangements made with establishment owners or agents for the payment of a commission or other benefits for sales made to workers.

P. SUBSTANCE ABUSE POLICY : Bland Farms will strive to provide a safe and healthful work environment, free of substance abuse, for the protection of their employees and visitors. The use or possession or being under the influence of illegal drugs or alcohol during working time is prohibited. (Alcohol may be permitted in moderation in the housing facility outside work hours.) Employees may be requested to take random drug or alcohol tests at no cost to the worker. Failure to comply with the request or testing positive may result in immediate termination.

# WORK RULES

The following work rules are intended to provide guidance to workers on the standards of conduct and performance expected of them by the Employer. Violation of these rules or other lawful job-related employer requirements, including these work rules, will be considered grounds for discipline or immediate discharge. Penalties for infractions may include suspension from work without pay for the remainder of the day, or for up to three days, in the sole judgment of the Employer, depending on the seriousness of the infraction, the worker's prior record, and other relevant factors. Repeated, serious, or aggravated infractions may result in immediate discharge. Workers are expected to comply with all rules relating to discipline, attendance, work quality and quantity, and the maintenance of all property.

1. Workers who perform fraudulent or sloppy work, as defined under Job Specifications, will be suspended without pay for the remainder of the workday or for up to three days in the sole judgment of the supervisor, depending on the degree of infraction, the worker's prior record and other relevant factors. Discharge of the worker may result from any subsequent offense. Workers must perform their assigned work in a careful, workmanlike manner in accordance with the provisions of the work contract. Sloppy work will not be tolerated.

2. Use or possession of alcoholic beverages or illegal drugs is strictly prohibited during work time or during any workday before work is completed for the day (such as during meals); workers may not report for work under the influence of alcoholic beverages or illegal drugs. Illegal drugs may not be used or kept on any employer premises, including housing at any time. Use or possession of illegal drugs, failing or refusing to take a drug test will be **CAUSE FOR IMMEDIATE TERMINATION.**

3. Excessive absences and/or tardiness will not be permitted. Employees are expected to be present, , on time, able and willing to perform the assigned work every scheduled workday. This is not sporadic or "day work." Excessive absences is defined as: Two consecutive days of unexcused absences or three unexcused absences in a thirty day period. Violation will be **CAUSE FOR IMMEDIATE TERMINATION.** Workers must report at assigned time and place each workday as directed by the grower or supervisor. **WORKERS WILL BE DISCHARGED FOR EXCESSIVE TARDINESS.** Excessive tardiness is defined as three unexcused tardies in a row or five unexcused tardies in a period of thirty days.

4. Workers must not drop paper, cans, bottles and other trash in fields, packing house, or on employer's premises. Trash and waste receptacles must be used. No glass of any type will be allowed within proximity to any onions or other farm produce.

5. Workers may not take unauthorized breaks from work.

6. Workers may not leave the field or other assigned work area without permission of grower or supervisor in charge.

7. Workers may not enter employer's premises without authorization.

8. Workers may not begin work prior to scheduled starting time or continue working after stopping time unless expressly authorized by the employer.

9. Workers may not deliberately restrict production.

10. Any worker who verbally or physically threatens another worker, the farmer or any supervisor with any tool or weapon **WILL BE SUBJECT TO IMMEDIATE DISCHARGE.**

11. **WORKERS WILL BE DISCHARGED** for fighting on the employer's premises, including housing premises, at any time.

12. Workers may not post or remove any notices, signs, or other instructions or documents from the employer's bulletin boards or the employer's property without specific authority from the employer.

13. **<u>WORKERS WILL BE DISCHARGED</u> if they steal from fellow workers or from the employer.**

14. Workers may not falsify identification, personnel, medical, production or other work-related records. **<u>VIOLATORS WILL BE SUBJECT TO IMMEDIATE DISCHARGE.</u>**

15. Workers may not willfully abuse or destroy any machinery, truck or other vehicle, equipment, tools or other property belonging to the employer or to other employees. **<u>VIOLATORS WILL BE SUBJECT TO DISCHARGE IMMEDIATELY</u>.**

16. Workers may not use or operate trucks or other vehicles, machines, tools or other equipment and property to which the worker has not been specifically assigned by his supervisor. Workers may not use or operate trucks or other vehicles, tools or other equipment or property for their personal use unless expressly authorized by the employer.

17. Workers may not misuse or remove from the farm premises without authorization from his supervisor any employer property such as trucks and other vehicles, beds, refrigerators, tools, etc. **<u>VIOLATORS WILL BE SUBJECT TO DISCHARGE IMMEDIATELY</u>**

18. Workers must obey all safety rules and common safety practices and must report any injuries or accidents to their supervisor or the employer's office immediately. **<u>UNSAFE WORK BEHAVIOR MAY SUBJECT THE VIOLATOR TO DISCHARGE.</u>**

19. Workers must follow supervisor's instructions.

20. Workers may not commit acts of insubordination - failure to regard authority.

21. After the training period, workers who fail to meet applicable production standards may be **<u>SUBJECT TO IMMEDIATE TERMINATION.</u>**

22. Workers will not knowingly engage in any type of behavior or take any action that might cause the grower to be out of compliance with any local, state, or federal law.

23. No firearms or any other weapons may be brought on the employer's premises by the worker at any time.

24. Workers may not engage in horse play, scuffling, throwing things, wasting time or loitering during work hours.

25. A worker may be dismissed if he/she accepts a job at Bland Farms and does not report for orientation on the specified date, place and time of the first day of employment and fails to notify the employer.

rev.12/2/02

Wrkrule-bland 03.wps

# HOUSING RULES

This housing is temporary in-season housing provided for migrant agricultural workers employed by Bland Farms who are unable to commute daily from their normal place of residence. The housing provided is group housing. All residents must be mindful of the rights of other residents for quiet enjoyment of employer-provided housing. For the protection of the employer and the employer's property, and to assure the comfort of all residents, the following housing rules will apply. Violators of the housing rules will be subject to disciplinary action, which may include termination of employment and/or removal from the housing.

1.     Housing assignments will be made exclusively by the employer. Workers may occupy only the housing to which they are assigned. Workers may only sleep in rooms, areas, or units as assigned by the employer or designated supervisor.

2.     Workers assigned to bunk beds may not separate the bunk beds, as open floor space in sleeping rooms is needed by all occupants.

3.     No person not assigned to the housing unit by the employer may occupy a bed or stay overnight in the housing unit.

4.     Occupants must cooperate with the employer and other workers in maintaining the housing unit in a clean condition and in good repair, in compliance with applicable US government OSHA regulations. Workers will be required to keep the exterior area surrounding the camp clean and clear of debris.

5.     Workers shall report any problem with the housing or any potential problem with compliance immediately upon discovery to the employer or designated supervisor.

6.     Kitchen facilities and other common areas are for the use of all residents of the housing unit. Please be considerate of your fellow workers. Each person using the kitchen facilities must clean them up promptly after each use. All occupants must cooperate and share in the responsibility for keeping all common areas clean and maintaining them in good condition.

7.     No cooking is permitted in sleeping rooms or any other non-kitchen areas.

8.     Occupants are forbidden from removing batteries from smoke detectors for any reason. **VIOLATION WILL BE CAUSE FOR IMMEDIATE TERMINATION.**

9.     Occupants must not drop paper, cans, bottles or other trash in the housing units or the surrounding area. Trash and waste receptacles must be used. Lids **MUST** remain on these receptacles at all times as required by law.

10.     Workers living in employer's housing may not entertain guests in or on housing premises after 10:00 p.m. Sunday through Friday, nor after 12 midnight on Saturday.

blandHouseRules.wps

11.     Occupants may not interrupt other workers rest/sleep period by excessive noise or commotion.  Workers must not play loud music after 9:00 p.m. Sunday through Friday, nor after 11:00 p.m. on Saturday.

12.     Fighting, horse play, scuffling, throwing things, drunkenness, loud or rowdy behavior and threatening or harassing other occupants will not be tolerated and may be cause for termination and removal from the housing.

13.     Any worker who verbally or physically threatens another person with any tool or weapon **WILL BE SUBJECT TO IMMEDIATE DISCHARGE.**

14.     No firearms or any other weapons may be brought onto the housing premises by any person other than law enforcement officials at any time.

15.     Occupants may not post nor remove any notices, signs, posters, bulletin boards,  or other such documents from the employer provided housing without specific authority from the employer.

16.     Occupants may not willfully abuse or destroy any property at the housing owned and provided by the employer or the property belonging to other employees.

17.     Occupants may not remove beds, refrigerators, stoves, tables, chairs, etc., or any other equipment from the housing premises without specific authorization from the employer. **VIOLATORS WILL BE SUBJECT TO IMMEDIATE DISCHARGE.**

18.     Occupants must not deface, damage or destroy the housing or contents.  If a worker provided housing by the employer is found to be responsible for damage or loss to housing or furnishings other than that caused by normal wear and tear, the reasonable repair of replacement costs of the damaged or lost property may be deducted from the worker's wages.

19.     **WORKERS WILL BE DISCHARGED** for stealing from the employer or from other workers.

20.     The use or possession of illegal drugs will be cause for immediate termination and removal from the housing.

21.     Workers must vacate the housing and remove their belongings promptly upon termination of employment with the employer.

22.     Workers will not knowingly or deliberately engage in any type of behavior or take any action that might cause the housing or the grower to be out of compliance with any local, state, or federal law.

Rev. 1/22/01

blandHouseRules.wps

# Agency and Indemnity Agreement

This Agency and Indemnity Agreement (the "Agreement") entered into by and between the International Labor Management Corporation, Inc.(the "ILMC"), an agricultural consulting firm in the state of North Carolina and _BLAND FARMS_ an agricultural producer(s) in the state of _GEORGIA_ who is a Client of the ILMC ("Client").

WHEREAS, the ILMC is qualified and capable of rendering consulting and administrative services necessary for Client to participate in the H-2A program and to obtain domestic and/or supplementary foreign workers under the labor certification process for temporary agricultural employment in the United States ("H-2A workers") to meet the seasonal labor requirements; and

WHEREAS, the Client desires to avail himself of the consulting and administrative services of the ILMC in securing domestic and/or supplementary foreign workers to meet the Client's seasonable labor requirements for the calendar year beginning January 1, 20___ ;

NOW THEREFORE, in consideration of the payment by the Client of the established dues, admission fees and other assessments and such costs as are charged from time to time for providing the services requested by the Client, and for other good and sufficient consideration, including the mutual promises contained in the ILMC Bylaws and this Agreement, pursuant to the requirements of 20 C.F.R. 655.101(a)(3), and the parties hereto further agree as follows:

A. ILMC Obligations

(1) The ILMC will prepare and process forms and documents pursuant to applicable laws and regulations of the United States Department of Labor and the United States Immigration and Naturalization Service required for the client to obtain U.S. workers and/or H-2A workers from the Republic of Mexico under the H-2A labor certification process.

(2) The ILMC, on behalf of its Client, will undertake the administrative tasks of the domestic recruitment requirements as established by the regulations and guidelines of the United States Department of Labor (limited exclusively to placing advertisements in newspapers and radio, listing the job order with the appropriate State Employment Service Agency, and preparing and filing the necessary recruitment report for the United States Department of Labor ), in order for the client to participate in the H-2A program.

(3) The ILMC will maintain, either directly or through its designated representatives, all contacts with the State Employment Service Agency, the State Department of Labor, the United States Department of Labor, and the United States Immigration and Naturalization Service, and other governmental agencies necessary to effectuate the purpose of this Agreement.

B. Client Obligations

(1) The Client agrees to comply timely with all reasonable policies, procedures, and schedules established by the ILMC which it considers essential for successful participation and for the proper operation of the H-2A program.

(2) The Client agrees to comply with all of the terms and conditions of employment made by the ILMC on the Client's behalf in the Agricultural and Food Processing Clearance Order, ETA Form 790, and Application for Alien Employment Certification, ETA 750 ("Job Order") and with each term of the agricultural work agreement, which describes all the material terms and conditions of employment, that is entered into with both U.S. and H-2A workers by the ILMC on behalf of its Client. The Client agrees to familiarize himself with the terms and conditions of employment in the job order and the agricultural work agreement and to comply with all obligations imposed on the Client as an employer of U.S. and/or H-2A migrant and/or seasonal agricultural labor found in applicable law and regulations, including without limitation, those at 20 C.F.R. Parts 653 and 655.

(3) In particular, but not limiting the foregoing, the Client agrees a) to pay the worker's required wages and benefits, b) to make those deductions from the worker's paychecks which are required and only those deductions allowed by law, c) to provide housing as required which meets all applicable standards, d) to reimburse timely required transportation and associated daily subsistence costs, e) to provide written statements of the worker's total earnings,

hourly rate and/or piece rate of pay, the hours of employment which had been offered to the worker, the hours actually worked by the worker, and itemization of all deductions made from the worker's wages and, if piece rates are used, the units produced daily and f) to terminate the worker only for lawful job related reasons.

(4) The Client agrees to pay timely any judgment or penalty entered against Client and to indemnify and hold harmless the ILMC and any of its other Clients for judgments entered against it or them arising out of the Client's violation of his obligations under applicable law or regulation (including 20 C.F.R. Parts 653 and 655), the job order or the agricultural work agreement and any attorneys' fees and costs incurred by the ILMC or other Clients in defending against such claim. Client acknowledges that the laws and regulations governing the employment of migrant and seasonal farm labor and supplementary foreign agricultural workers are subject to disputed interpretations. Therefore, the Client agrees that in matters in which a claim is made or litigation is instituted against the ILMC's Board of Directors may exercise its discretion a) to settle such matters on behalf of itself and the Client on terms it deems appropriate, b) to litigate such matters, and c) to determine whether such settlements, judgments, penalties, costs and attorneys fees will be borne by the Client out of whose alleged action or inaction the claim was asserted or, what amount, if any, will be borne by the ILMC and/or shared among its Clients. The terms of this Paragraph 4 survive any future separation of the parties to this agreement and the term of this Agreement.

(5) The Client agrees to pay the ILMC any assessment made by the ILMC as the Client's share of legal and any other expense or liability incurred by the ILMC in defending, prosecuting or settling any application for H-2A certification, claim, litigation, or administrative complaint or appeal, whether or not arising out of claims against the Client or arising out of the fault of the Client, in accordance with a formula approved by the Board of Directors of the ILMC. The terms of this paragraph 5 survive any future separation of the parties to this agreement and the term of this Agreement.

_____
Client Signature  *Michael Hively*

GENERAL MANAGER / C.F.O.
Title

_____
Craig S. Eury, Jr., President