# AMENDED EXHIBIT E

# FLSA and Contract Expenses for the Benefit of the Employer

| Last Names | First Names | Hometown | Season | Transportation Total | Lodging | Immigration Total | Total |
|---|---|---|---|---|---|---|---|
| Cortes-Gonzalez | Florencio | Nanacampilpa, Tlaxcala | 2005 Planting | $192.08 | $14.04 | $394.34 | $600.46 |
| | | | 2007 Harvest | $55.52 | $13.65 | $238.29 | $307.46 |
| | | | 2008 Harvest | $58.28 | $11.46 | $288.78 | $358.52 |
| Guerrero-Carrillo | Javier | Tepehuacan de Guerrero, Hidalgo | 2007 Harvest | $60.30 | $24.58 | $490.24 | $575.12 |
| | | | 2007 Planting | $60.37 | $24.60 | $379.56 | $464.53 |
| | | | 2008 Harvest | $63.29 | $25.79 | $209.82 | $298.90 |
| Guerrero-Hernandez | Alfonso | Tepehuacan de Guerrero, Hidalgo | 2006 Planting | $179.57 | $27.49 | $518.39 | $725.45 |
| | | | 2007 Harvest | $59.16 | $27.31 | $379.06 | $465.53 |
| Morales-Morales | Arturo | Espanita, Tlaxcala | 2007 Harvest | $80.39 | $16.69 | $388.16 | $485.24 |
| Morales-Morales | Raul | Espanita, Tlaxcala | 2007 Harvest | $80.56 | $15.93 | $497.52 | $594.01 |
| Morales-Ramirez | Oscar Antonio | Espanita, Tlaxcala | 2006 Planting | $177.90 | $7.64 | $372.57 | $558.11 |
| | | | 2007 Harvest | $77.37 | $7.59 | $210.67 | $295.63 |
| Ojeda-Sanchez | David | Pachuca, Hidalgo | 2007 Harvest | $67.65 | $36.41 | $264.04 | $368.10 |
| Ortiz-Rocha | Juan Pablo | Durango, Durango | 2006 Planting | $151.32 | $13.38 | $455.96 | $620.66 |
| | | | 2007 Harvest | $53.70 | $13.29 | $296.81 | $363.80 |