UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DAVID OJEDA SANCHEZ, et al,

Plaintiffs,

v.  6:08-cv-96

BLAND FARMS, LLC, et al,

Defendants.

## ORDER

At the time of the initial pretrial conference, the Court directed the parties to submit proposed findings of fact and conclusions of law fourteen (14) days prior to the trial date.

This Court has also indicated that it would convene an advisory jury to assist in the adjudication of this dispute, over the parties' objections. *See* Doc. 292. The Court has reconsidered the issue, and will allow the case to proceed without a jury. Any motions to empanel a jury must be filed along with the proposed findings of fact and conclusions of law.

In addition, each party is ordered to include the following information with its submissions: (1) a summary of the evidence it will present at trial; (2) the form it expects such evidence will take, along with the manner of presentation; (3) the length of time it estimates will be required for the presentation; and (4) any other guidance or information it believes will assist the Court in sifting through the voluminous evidence the parties have indicated they intend to present.

This 13th day of January 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA