UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DAVID OJEDA SANCHZ, et al.,

Plaintiffs,

v.  6:08-cv-96

BLAND FARMS, LLC,

Defendant.

This 31st day of January 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

## ORDER

Plaintiffs in this case have advanced a number of alternative theories for the recovery of unpaid wages. The Court directs Plaintiffs to notify the Court under which theory each Plaintiff intends to pursue relief.

In addition, Plaintiffs have asserted the applicability of the burden-shifting analysis from *Anderson v. Mt. Clemens Pottery Co.*, 328 U.S. 680 (1946) to their claims for unpaid wages. The Court is inclined to follow this analysis, but Defendant is directed to make any argument to the contrary it wishes the Court to consider.

Briefs on each issue are due to the Court **on or before Friday, February 4, 2011.**

Due to a slight adjustment in the Court's schedule, the parties are to report to Court on Tuesday, February 8 at 9AM ready for trial.