UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DAVID OJEDA SANCHEZ,

**Plaintiffs,**

v.                6:08-cv-96

BLAND FARMS, LLC,

**Defendant.**

This 22nd day of February 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

## ORDER

Defendant Bland Farms, LLC ("Bland") has requested a leave of absence for attorney Wiley Wasden from March 9 through March 23, 2011. *See* Doc. 299. Bland is reminded that its Amended Proposed Findings of Fact and Conclusions of Law are due March 15, 2011. With the exception of that obligation, Bland's motion is *GRANTED*.

In addition, Bland has moved to call its expert witness during Plaintiffs' case-in-chief. *See* Doc. 306. This motion was *GRANTED* at trial.

Plaintiffs also have two motions pending on the docket. *See* Docs. 302, 309. Plaintiffs moved to add two witnesses to their witness list, *see* Doc. 302, and to call a rebuttal expert, *see* Doc. 309. Plaintiffs did not call any of these three witnesses during trial. Plaintiffs' motions are *DENIED* as *MOOT.*