# FF - Exhibit C

# Contract Claim [Count VI] for Failure to Pay FLSA Minimum Wages Damage Chart
## Ojeda-Sanchez v. Bland Farms, Civ Act. No. 6:08-cv-96

| Plaintiffs and Opt-In Plainitiffs | Pay Period End Date | Pre-Employment Expenses For Benefit of Defendant | | | | | | | | Plaintiff's First Workweek Gross Pay | Workweek Field Walker Hours for FWs Who Also Drove Bus | Advance on Subsistence Payment | Housing Credit (Other FLSA Wages) | Unpaid FLSA Minimum Wages [(Hours x minimum wage + Expenses) - (Gross Pay + Housing Credit - Subsistence Advance)] | Interest Owed | Total FLSA Amount Owed for First Workweek With Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bus Fare (Home State to Monterrey) | Bus Fare (Monterrey to Laredo) | Bus Fare (Laredo to Bland Farms) | Hotel During Visa Processing | Banamex Fee (Right of the Visa) | Visa Fee | INS Form I-94 | Total Expenses | | | | | | | |
| **2004 Spring Harvest** | | | | | | | | | | | | | | *(Minimum Wage is $5.15)* | | |
| Guerrero Chavez, Lorenzo | 4/10/2004 | $45.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $369.00 | | | $21.95 | $0.00 | $164.17 | $79.66 | $243.83 |
| Hernandez Hernandez, Anastacio | 4/10/2004 | $45.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $369.00 | | | $21.95 | $0.00 | $170.11 | $82.54 | $252.64 |
| Hernandez Hernandez, Domingo | 4/10/2004 | $45.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $369.00 | | | $21.95 | $0.00 | $164.17 | $79.66 | $243.83 |
| Hernandez Hernandez, Nasario | 4/10/2004 | $45.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $369.00 | | | $21.95 | $0.00 | $170.11 | $82.54 | $252.64 |
| Hernandez Hernandez, Samuel | 4/10/2004 | $45.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $369.00 | | | $21.95 | $0.00 | $164.17 | $79.66 | $243.83 |
| Hernandez Hernandez, Santos Moises | 4/10/2004 | $45.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $369.00 | | | $21.95 | $0.00 | $161.30 | $78.26 | $239.56 |
| Hernandez Martinez, Angel | 4/10/2004 | $45.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $369.00 | | | $21.95 | $0.00 | $161.30 | $78.26 | $239.56 |
| Hernandez Martinez, Guadalupe | 4/10/2004 | $45.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $369.00 | | | $21.95 | $0.00 | $181.41 | $88.02 | $269.43 |
| Hernandez Martinez, Zeferino | 4/10/2004 | $45.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $369.00 | | | $21.95 | $0.00 | $161.30 | $78.26 | $239.56 |
| Martinez Hernandez, Geronimo | 4/10/2004 | $45.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $369.00 | | | $21.95 | $0.00 | $164.17 | $79.66 | $243.83 |
| Medina Hernandez, Procoro Demetrio | 4/10/2004 | $45.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $369.00 | | | $21.95 | $0.00 | $149.07 | $72.33 | $221.40 |
| Rios Chavez, Elodio | 4/10/2004 | $45.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $369.00 | | | $21.95 | $0.00 | $164.17 | $79.66 | $243.83 |
| Rios Chavez, Patricio | 4/10/2004 | $45.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $369.00 | | | $21.95 | $0.00 | $164.17 | $79.66 | $243.83 |
| Trejo Ruiz, Misael | 4/10/2004 | $45.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $369.00 | | | $21.95 | $0.00 | $158.79 | $77.04 | $235.83 |
| Hernandez Bautista, Abel Ciriaco | 4/10/2004 | $45.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $369.00 | | | $21.95 | $0.00 | | | |
| **Count VI FLSA Minimum Wages Owed Harvest 2004** | | | | | | | | | | | | | | | | **$3,413.61** |

Defendant did not produce harvest 2004 pay records. Plaintiffs' wages owed for the harvest 2004 season are based on their wages owed in the 2005 harvest season. If a Plaintiff did not work in the 2005 harvest season, the Plaintiff's wages owed are based on an average of those Plaintiffs who did work in the 2005 harvest season.

| Plaintiffs and Opt-In Plainitiffs | Pay Period End Date | Pre-Employment Expenses For Benefit of Defendant ||||||| Total Expenses | Plaintiff's First Workweek Gross Pay | Workweek Field Walker Hours for FWs Who Also Drove Bus | Advance on Subsistence Payment | Housing Credit (Other FLSA Wages) | Unpaid FLSA Minimum Wages [(Hours x minimum wage + Expenses) - (Gross Pay + Housing Credit - Subsistence Advance)] | Interest Owed | Total FLSA Amount Owed for First Workweek With Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bus Fare (Home State to Monterrey) | Bus Fare (Monterrey to Laredo) | Bus Fare (Laredo to Bland Farms) | Hotel During Visa Processing | Banamex Fee (Right of the Visa) | Visa Fee | INS Form I-94 | | | | | | | | |
| **2004 Fall Planting** | | | | | | | | | | | | | | *(Minimum Wage is $5.15)* | | |
| Morales-Ramirez, Oscar Antonio | | *Worker transferred from other H-2A employer - - No first week reimbursement claim* ||||||||||||||
| Hernandez Hernandez, Domingo | 11/20/2004 | $45.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $369.00 | $607.29 | 61.83 | $21.95 | $0.00 | $102.10 | $45.15 | $147.26 |
| Hernandez Hernandez, Nasario | | *Worker transferred from other H-2A employer - - No first week reimbursement claim* ||||||||||||||
| Hernandez Hernandez, Samuel | 11/20/2004 | $45.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $369.00 | $604.71 | 61.83 | $21.95 | $0.00 | $104.68 | $46.30 | $150.98 |
| Hernandez Hernandez, Santos Moises | 11/20/2004 | $45.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $369.00 | $604.71 | 61.83 | $21.95 | $0.00 | $104.68 | $46.30 | $150.98 |
| Hernandez Martinez, Angel | | *Worker transferred from other H-2A employer - - No first week reimbursement claim* ||||||||||||||
| Hernandez Martinez, Zeferino | 11/20/2004 | $45.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $369.00 | $199.44 | 61.83 | $21.95 | $0.00 | $509.95 | $225.52 | $735.48 |
| Hernandez Mejia, Horacio | | *Worker transferred from other H-2A employer - - No first week reimbursement claim* ||||||||||||||
| Rios Chavez, Elodio | 11/20/2004 | $45.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $369.00 | $594.41 | 61.83 | $21.95 | $0.00 | $114.98 | $50.85 | $165.83 |
| Rivera Valdes, Julio | 11/20/2004 | $45.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $369.00 | $641.08 | 61.83 | $21.95 | $0.00 | $68.31 | $30.21 | $98.52 |
| Santillan Alanis. Manuel | 11/20/2004 | $35.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $359.00 | $713.08 | 61.83 | $21.95 | $0.00 | $0.00 | $0.00 | $0.00 |
| Carreto Perez, Hector | 11/20/2004 | $67.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $391.00 | $507.40 | 61.83 | $21.95 | $0.00 | | | |
| **Count VI FLSA Minimum Wages Owed Planting 2004** | | | | | | | | | | | | | | | | **$1,449.04** |

| Plaintiffs and Opt-In Plainitiffs | Pay Period End Date | Pre-Employment Expenses For Benefit of Defendant | | | | | | | | Plaintiff's First Workweek Gross Pay | Workweek Field Walker Hours for FWs Who Also Drove Bus | Advance on Subsistence Payment | Housing Credit (Other FLSA Wages) | Unpaid FLSA Minimum Wages [(Hours x minimum wage + Expenses) - (Gross Pay + Housing Credit - Subsistence Advance)] | Interest Owed | Total FLSA Amount Owed for First Workweek With Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bus Fare (Home State to Monterrey) | Bus Fare (Monterrey to Laredo) | Bus Fare (Laredo to Bland Farms) | Hotel During Visa Processing | Banamex Fee (Right of the Visa) | Visa Fee | INS Form I-94 | Total Expenses | | | | | | | |
| **2005 Spring Harvest** | | | | | | | | | | | | | | *(Minimum Wage is $5.15)* | | |
| Hernandez Hernandez, Anastacio | 4/27/2005 | $45.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $369.00 | $599.03 | 72.33 | $22.70 | $0.00 | $165.19 | $68.05 | $233.23 |
| Hernandez Hernandez, Nasario | 4/27/2005 | $45.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $369.00 | $590.01 | 72.33 | $22.70 | $0.00 | $174.21 | $71.76 | $245.97 |
| Hernandez Hernandez, Pedro | 4/27/2005 | $45.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $369.00 | $526.93 | 72.33 | $22.70 | $0.00 | $237.29 | $97.75 | $335.04 |
| Hernandez Hernandez, Santos Moises | 4/27/2005 | $45.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $369.00 | $599.03 | 72.33 | $22.70 | $0.00 | $165.19 | $68.05 | $233.23 |
| Hernandez Martinez, Angel | 4/27/2005 | $45.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $369.00 | $599.03 | 72.33 | $22.70 | $0.00 | $165.19 | $68.05 | $233.23 |
| Hernandez Martinez, Guadalupe | 4/27/2005 | $45.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $369.00 | $578.43 | 72.33 | $22.70 | $0.00 | $185.79 | $76.53 | $262.32 |
| Hernandez Martinez, Zeferino | 4/27/2005 | $45.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $369.00 | $599.03 | 72.33 | $22.70 | $0.00 | $165.19 | $68.05 | $233.23 |
| Hernandez Mejia, Horacio | 4/27/2005 | $45.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $369.00 | $590.01 | 72.33 | $22.70 | $0.00 | $174.21 | $71.76 | $245.97 |
| Medina Hernandez, Procoro Demetrio | 4/27/2005 | $45.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $369.00 | $611.55 | 72.33 | $22.70 | $0.00 | $152.67 | $62.89 | $215.56 |
| Sanchez-Covarrubias, Bonifacio | 4/27/2005 | $45.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $369.00 | $577.14 | 72.33 | $22.70 | $0.00 | $187.08 | $77.07 | $264.14 |
| Torres Hernandez, Santos Camilo | 4/27/2005 | $45.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $369.00 | $596.45 | 72.33 | $22.70 | $0.00 | $167.77 | $69.11 | $236.88 |
| Trejo Ruiz, Misael | 4/27/2005 | $45.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $369.00 | $601.60 | 72.33 | $22.70 | $0.00 | $162.62 | $66.99 | $229.61 |
| Hernandez Bautista, Abel Ciriaco | 4/27/2005 | $45.00 | $13.00 | $97.00 | $8.00 | $100.00 | $100.00 | $6.00 | $369.00 | $586.15 | 72.33 | $22.70 | $0.00 | | | |
| **Count VI FLSA Minimum Wages Owed Harvest 2005** | | | | | | | | | | | | | | | | **$2,968.42** |

| Plaintiffs and Opt-In Plainitiffs | Pay Period End Date | Pre-Employment Expenses For Benefit of Defendant ||||||| Plaintiff's First Workweek Gross Pay | Workweek Field Walker Hours for FWs Who Also Drove Bus | Advance on Subsistence Payment | Housing Credit (Other FLSA Wages) | Unpaid FLSA Minimum Wages [(Hours x minimum wage + Expenses) - (Gross Pay + Housing Credit - Subsistence Advance)] | Interest Owed | Total FLSA Amount Owed for First Workweek With Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bus Fare (Home State to Monterrey) | Bus Fare (Monterrey to Laredo) | Bus Fare (Laredo to Bland Farms) | Hotel During Visa Processing | Banamex Fee (Right of the Visa) | Visa Fee | INS Form I-94 | Total Expenses | | | | | | | |
| **2005 Fall Planting** | | | | | | | | | | | | | *(Minimum Wage is $5.15)* | | |
| Cortes-Gonzalez, Florencio* | | *Plaintiff has a FLSA claim for this week.* |||||||||||||
| Elizalde Neri, Javier | 11/9/2005 | $45.00 | $13.00 | $100.00 | $8.00 | $100.00 | $100.00 | $6.00 | $394.00 | $563.40 | 78.54 | $22.70 | $0.00 | $257.79 | $96.51 | $354.29 |
| Elizalde Neri, Rosalio | 11/9/2005 | $67.00 | $13.00 | $100.00 | $8.00 | $100.00 | $100.00 | $6.00 | $372.00 | $563.40 | 78.54 | $22.70 | $0.00 | $235.79 | $88.27 | $324.06 |
| Hernandez Cruz, Juan | 11/9/2005 | $45.00 | $13.00 | $100.00 | $8.00 | $100.00 | $100.00 | $6.00 | $394.00 | $580.14 | 78.54 | $22.70 | $0.00 | $241.05 | $90.24 | $331.29 |
| Hernandez Hernandez, Anastacio | 11/9/2005 | $45.00 | $13.00 | $100.00 | $8.00 | $100.00 | $100.00 | $6.00 | $372.00 | $700.69 | 78.54 | $22.70 | $0.00 | $98.50 | $36.87 | $135.37 |
| Hernandez Hernandez, Benjamin | | *Worker transferred from other H-2A employer - - No first week reimbursement claim* |||||||||||||
| Hernandez Hernandez, Domingo | 11/9/2005 | $45.00 | $13.00 | $100.00 | $8.00 | $100.00 | $100.00 | $6.00 | $372.00 | $704.32 | 78.54 | $22.70 | $0.00 | $94.87 | $35.52 | $130.38 |
| Hernandez Hernandez, Nasario | | *Worker transferred from other H-2A employer - - No first week reimbursement claim* |||||||||||||
| Hernandez Hernandez, Santos Moises | 11/9/2005 | $45.00 | $13.00 | $100.00 | $8.00 | $100.00 | $100.00 | $6.00 | $372.00 | $737.41 | 78.54 | $22.70 | $0.00 | $61.78 | $23.13 | $84.91 |
| Hernandez Martinez, Angel | | *Worker transferred from other H-2A employer - - No first week reimbursement claim* |||||||||||||
| Hernandez Martinez, Zeferino | | *Worker transferred from other H-2A employer - - No first week reimbursement claim* |||||||||||||
| Hernandez Mejia, Horacio | | *Worker transferred from other H-2A employer - - No first week reimbursement claim* |||||||||||||
| Hernandez-Andablo, Saul | 11/9/2005 | $45.00 | $13.00 | $100.00 | $8.00 | $100.00 | $100.00 | $6.00 | $372.00 | $608.46 | 78.54 | $22.70 | $0.00 | $190.73 | $71.40 | $262.13 |
| Rios Chavez, Elodio | 11/9/2005 | $45.00 | $13.00 | $100.00 | $8.00 | $100.00 | $100.00 | $6.00 | $372.00 | $615.91 | 78.54 | $22.70 | $0.00 | $183.28 | $68.61 | $251.89 |
| Rivera Valdes, Julio | 11/9/2005 | $35.00 | $13.00 | $100.00 | $8.00 | $100.00 | $100.00 | $6.00 | $362.00 | $960.77 | 78.54 | $22.70 | $0.00 | $0.00 | $0.00 | $0.00 |
| Santillan Alanis, Manuel | 11/9/2005 | $35.00 | $13.00 | $100.00 | $8.00 | $100.00 | $100.00 | $6.00 | $362.00 | $997.44 | 78.54 | $22.70 | $0.00 | $0.00 | $0.00 | $0.00 |
| Torres Hernandez, Santos Camilo | 11/9/2005 | $45.00 | $13.00 | $100.00 | $8.00 | $100.00 | $100.00 | $6.00 | $372.00 | $640.91 | 78.54 | $22.70 | $0.00 | $158.28 | $59.25 | $217.53 |
| Carreto Perez, Hector | 11/9/2005 | $45.00 | $13.00 | $100.00 | $8.00 | $100.00 | $100.00 | $6.00 | $372.00 | $560.83 | 78.54 | $22.70 | $0.00 | | | |
| Hernandez Bautista, Abel Ciriaco | 11/9/2005 | $45.00 | $13.00 | $100.00 | $8.00 | $100.00 | $100.00 | $6.00 | $372.00 | $614.90 | 78.54 | $22.70 | $0.00 | | | |
| Ruiz Rangel, Horacio | 11/9/2005 | $45.00 | $13.00 | $100.00 | $8.00 | $100.00 | $100.00 | $6.00 | $372.00 | $576.28 | 78.54 | $22.70 | $0.00 | | | |
| Salguero Gonzalez, Victor | 11/9/2005 | $45.00 | $13.00 | $100.00 | $8.00 | $100.00 | $100.00 | $6.00 | $372.00 | $571.13 | 78.54 | $22.70 | $0.00 | | | |
| **Count VI FLSA Minimum Wages Owed Planting 2005** | | | | | | | | | | | | | | | | **$2,091.86** |

| Plaintiffs and Opt-In Plainitiffs | Pay Period End Date | Pre-Employment Expenses For Benefit of Defendant | | | | | | | Plaintiff's First Workweek Gross Pay | Workweek Field Walker Hours for FWs Who Also Drove Bus | Advance on Subsistence Payment | Housing Credit (Other FLSA Wages) | Unpaid FLSA Minimum Wages [(Hours x minimum wage + Expenses) - (Gross Pay + Housing Credit - Subsistence Advance)] | Interest Owed | Total FLSA Amount Owed for First Workweek With Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bus Fare (Home State to Monterrey) | Bus Fare (Monterrey to Laredo) | Bus Fare (Laredo to Bland Farms) | Hotel During Visa Processing | Banamex Fee (Right of the Visa) | Visa Fee | INS Form I-94 | Total Expenses | | | | | | |
| **2006 Spring Harvest** | | | | | | | | | | | | | *(Minimum Wage is $5.15)* | | |
| Guerrero Chavez, Lorenzo | 4/16/2006 | $45.00 | $13.00 | $100.00 | $8.00 | $100.00 | $100.00 | $6.00 | $372.00 | $716.54 | 89.50 | $22.70 | $0.00 | $139.09 | $47.85 | $186.94 |
| Hernandez Hernandez, Anastacio | 4/16/2006 | $45.00 | $13.00 | $100.00 | $8.00 | $100.00 | $100.00 | $6.00 | $372.00 | $688.55 | 89.50 | $22.70 | $0.00 | $167.08 | $57.48 | $224.56 |
| Hernandez Hernandez, Benito Francisco | 4/16/2006 | $45.00 | $13.00 | $100.00 | $8.00 | $100.00 | $100.00 | $6.00 | $372.00 | $582.57 | 89.50 | $22.70 | $0.00 | $273.06 | $93.95 | $367.00 |
| Hernandez Hernandez, Nasario | 4/16/2006 | $45.00 | $13.00 | $100.00 | $8.00 | $100.00 | $100.00 | $6.00 | $372.00 | $779.96 | 89.50 | $22.70 | $0.00 | $75.67 | $26.03 | $101.70 |
| Hernandez Hernandez, Santos Moises | 4/16/2006 | $45.00 | $13.00 | $100.00 | $8.00 | $100.00 | $100.00 | $6.00 | $372.00 | $688.55 | 89.50 | $22.70 | $0.00 | $167.08 | $57.48 | $224.56 |
| Hernandez Martinez, Angel | 4/16/2006 | $45.00 | $13.00 | $100.00 | $8.00 | $100.00 | $100.00 | $6.00 | $372.00 | $697.89 | 89.50 | $22.70 | $0.00 | $157.74 | $54.27 | $212.00 |
| Hernandez Martinez, Guadalupe | 4/16/2006 | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Hernandez Martinez, Zeferino | 4/16/2006 | $45.00 | $13.00 | $100.00 | $8.00 | $100.00 | $100.00 | $6.00 | $372.00 | $697.31 | 89.50 | $22.70 | $0.00 | $158.32 | $54.47 | $212.78 |
| Rios Chavez, Elodio | 4/16/2006 | $45.00 | $13.00 | $100.00 | $8.00 | $100.00 | $100.00 | $6.00 | $372.00 | $703.06 | 89.50 | $22.70 | $0.00 | $152.57 | $52.49 | $205.06 |
| Rivera Valdes, Julio | 4/16/2006 | $35.00 | $13.00 | $100.00 | $8.00 | $100.00 | $100.00 | $6.00 | $362.00 | $669.90 | 89.50 | $22.70 | $0.00 | $175.73 | $60.46 | $236.18 |
| Sanchez-Covarrubias, Bonifacio | 4/16/2006 | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Trejo Ruiz, Misael | 4/16/2006 | $45.00 | $13.00 | $100.00 | $8.00 | $100.00 | $100.00 | $6.00 | $372.00 | $702.26 | 89.50 | $22.70 | $0.00 | $153.37 | $52.77 | $206.13 |
| Covarrubias Hernandez, Agustin | 4/16/2006 | $45.00 | $13.00 | $100.00 | $8.00 | $100.00 | $100.00 | $6.00 | $372.00 | $618.28 | 80.00 | $22.70 | $0.00 | | | |
| Hernandez Bautista, Abel Ciriaco | 4/16/2006 | $45.00 | $13.00 | $100.00 | $8.00 | $100.00 | $100.00 | $6.00 | $372.00 | $582.63 | 89.50 | $22.70 | $0.00 | | | |
| Olvera Gonzalez, Hugo | 4/16/2006 | $45.00 | $13.00 | $100.00 | $8.00 | $100.00 | $100.00 | $6.00 | $372.00 | $549.06 | 80.00 | $22.70 | $0.00 | | | |
| **Count VI FLSA Minimum Wages Owed Harvest 2006** | | | | | | | | | | | | | | | | **$2,176.91** |

| Plaintiffs and Opt-In Plainitiffs | Pay Period End Date | Pre-Employment Expenses For Benefit of Defendant ||||||| Plaintiff's First Workweek Gross Pay | Workweek Field Walker Hours for FWs Who Also Drove Bus | Advance on Subsistence Payment | Housing Credit (Other FLSA Wages) | Unpaid FLSA Minimum Wages [(Hours x minimum wage + Expenses) - (Gross Pay + Housing Credit - Subsistence Advance)] | Interest Owed | Total FLSA Amount Owed for First Workweek With Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bus Fare (Home State to Monterrey) | Bus Fare (Monterrey to Laredo) | Bus Fare (Laredo to Bland Farms) | Hotel During Visa Processing | Banamex Fee (Right of the Visa) | Visa Fee | INS Form I-94 | Total Expenses | | | | | | |
| **2006 Fall Planting** | | | | | | | | | | | | | *(Minimum Wage is $5.15)* | | |
| Guerrero-Hernandez, Alfonso | | colspan="14" *Plaintiff has a FLSA claim for this week.* |||||||||||||
| Morales-Ramirez, Oscar Antonio | | colspan="14" *Plaintiff has a FLSA claim for this week.* |||||||||||||
| Ortiz-Rocha, Juan Pablo | | colspan="14" *Plaintiff has a FLSA claim for this week.* |||||||||||||
| Elizalde Neri, Javier | | colspan="14" *Plaintiff has a FLSA claim for this week.* |||||||||||||
| Elizalde Neri, Rosalio | | colspan="14" *Plaintiff has a FLSA claim for this week.* |||||||||||||
| Hernandez Hernandez, Domingo | | colspan="14" *Plaintiff has a FLSA claim for this week.* |||||||||||||
| Hernandez Hernandez, Oscar | | colspan="14" *Plaintiff has a FLSA claim for this week.* |||||||||||||
| Hernandez Hernandez, Santos Moises | | colspan="14" *Worker transferred from other H-2A employer - - No first week reimbursement claim* |||||||||||||
| Hernandez Martinez, Zeferino | | colspan="14" *Worker transferred from other H-2A employer - - No first week reimbursement claim* |||||||||||||
| Rivera Valdes, Julio | | colspan="14" *Plaintiff has a FLSA claim for this week.* |||||||||||||
| Rojo-Andablo, Samuel | | colspan="14" *Plaintiff has a FLSA claim for this week.* |||||||||||||
| Rubio Morales, Joel | | colspan="14" *Plaintiff has a FLSA claim for this week.* |||||||||||||
| Santillan Alanis, Manuel | | colspan="14" *Plaintiff has a FLSA claim for this week.* |||||||||||||
| Trejo Ruiz, Misael | | colspan="14" *Plaintiff has a FLSA claim for this week.* |||||||||||||
| Carreto Perez, Hector | 11/5/2006 | $62.00 | $13.00 | $100.00 | $8.00 | $100.00 | $100.00 | $6.00 | $389.00 | $642.98 | 72.50 | $23.25 | $0.00 | | |
| Covarrubias Hernandez, Agustin | 11/5/2006 | $62.00 | $13.00 | $100.00 | $8.00 | $100.00 | $100.00 | $6.00 | $389.00 | $639.84 | 72.50 | $23.25 | $0.00 | | |
| Olvera Gonzalez, Hugo | 11/5/2006 | $62.00 | $13.00 | $100.00 | $8.00 | $100.00 | $100.00 | $6.00 | $389.00 | $662.96 | 72.50 | $23.25 | $0.00 | | |
| Ruiz Rangel, Horacio | 11/5/2006 | $62.00 | $13.00 | $100.00 | $8.00 | $100.00 | $100.00 | $6.00 | $389.00 | $664.92 | 72.50 | $23.25 | $0.00 | | |
| Salguero Gonzalez, Victor | 11/5/2006 | $62.00 | $13.00 | $100.00 | $8.00 | $100.00 | $100.00 | $6.00 | $389.00 | $617.13 | 72.50 | $23.25 | $0.00 | | |
| **Count VI FLSA Minimum Wages Owed Planting 2006** | | | | | | | | | | | | | | | **$0.00** |

| Plaintiffs and Opt-In Plaintiffs | Pay Period End Date | Pre-Employment Expenses For Benefit of Defendant ||||||  Plaintiff's First Workweek Gross Pay | Workweek Field Walker Hours for FWs Who Also Drove Bus | Advance on Subsistence Payment | Housing Credit (Other FLSA Wages) | Unpaid FLSA Minimum Wages [(Hours x minimum wage + Expenses) - (Gross Pay + Housing Credit - Subsistence Advance)] | Interest Owed | Total FLSA Amount Owed for First Workweek With Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bus Fare (Home State to Monterrey) | Bus Fare (Monterrey to Laredo) | Bus Fare (Laredo to Bland Farms) | Hotel During Visa Processing | Banamex Fee (Right of the Visa) | Visa Fee | INS Form I-94 | Total Expenses | | | | | | |
| **2007 Spring Harvest** | | | | | | | | | | | | | *(Minimum Wage is $5.15)* | | |
| Cortes-Gonzalez, Florencio | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Guerrero-Carrillo, Javier | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Guerrero-Hernandez, Alfonso | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Morales-Morales, Arturo | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Morales-Morales, Raul | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Morales-Ramirez, Oscar Antonio | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Ojeda-Sanchez, David | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Ortiz-Rocha, Juan Pablo | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Antonio Camargo, Odilon | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Antonio Hernandez, Reyno | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Arcadio-Rubio, Bernabe | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Damaso Hernandez, Santos Marcelo | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Elizalde Neri, Bulmaro | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Elizalde Neri, Javier | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Elizalde Neri, Rosalio | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Hernandez Hernandez, Luis | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Hernandez Hernandez, Marcelino Francisco | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Hernandez Hernandez, Pedro | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Hernandez Hernandez, Samuel | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Hernandez Hernandez, Santos Moises | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Hernandez Martinez, Crescencio | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Hernandez Martinez, Guadalupe | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Hernandez Martinez, Jose Antonio | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Hernandez Martinez, Zeferino | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Martinez Hernandez, Geronimo | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Martinez Rubio, Santos | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Medina Martinez, Crescencio | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Rivera Valdes, Julio | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Rubio Morales, Joel | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Trejo Ruiz, Misael | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Carlin Vidal, Reyes | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Covarrubias Hernandez, Agustin | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Cruz Trejo, Obispo | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Hernandez Bautista, Abel Ciriaco | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Hernandez Martinez, Esteban | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Magaña Bañales, Efren | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Olvera Gonzalez, Hugo | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Palacios Paredes, Ramon | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Ruiz Rangel, Horacio | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Salguero Gonzalez, Victor | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Sanchez Covarrubias, Omar | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |

| Plaintiffs and Opt-In Plainitiffs | Pay Period End Date | Pre-Employment Expenses For Benefit of Defendant ||||||| Plaintiff's First Workweek Gross Pay | Workweek Field Walker Hours for FWs Who Also Drove Bus | Advance on Subsistence Payment | Housing Credit (Other FLSA Wages) | Unpaid FLSA Minimum Wages [(Hours x minimum wage + Expenses) - (Gross Pay + Housing Credit - Subsistence Advance)] | Interest Owed | Total FLSA Amount Owed for First Workweek With Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bus Fare (Home State to Monterrey) | Bus Fare (Monterrey to Laredo) | Bus Fare (Laredo to Bland Farms) | Hotel During Visa Processing | Banamex Fee (Right of the Visa) | Visa Fee | INS Form I-94 | Total Expenses | | | | | | | |
| **2007 Fall Planting** | | | | | | | | | | | | | *(Minimum Wage is $5.85)* | | |
| Guerrero-Carrillo, Javier | | | | | | | | | *Plaintiff has a FLSA claim for this week.* |||||||
| Antonio Hernandez, Reyno | | | | | | | | | *Plaintiff has a FLSA claim for this week.* |||||||
| Damaso Hernandez, Santos Marcelo | | | | | | | | | *Plaintiff has a FLSA claim for this week.* |||||||
| Elizalde Neri, Javier | | | | | | | | | *Plaintiff has a FLSA claim for this week.* |||||||
| Elizalde Neri, Rosalio | | | | | | | | | *Plaintiff has a FLSA claim for this week.* |||||||
| Hernandez Hernandez, Domingo | | | | | | | | | *Plaintiff has a FLSA claim for this week.* |||||||
| Hernandez Hernandez, Marcelino Francisco | | | | | | | | | *Plaintiff has a FLSA claim for this week.* |||||||
| Hernandez Hernandez, Oscar | | | | | | | | | *Plaintiff has a FLSA claim for this week.* |||||||
| Hernandez Hernandez, Ruben | | | | | | | | | *Plaintiff has a FLSA claim for this week.* |||||||
| Hernandez Hernandez, Samuel | | | | | | | | | *Plaintiff has a FLSA claim for this week.* |||||||
| Hernandez Martinez, Angel | | | | | | | | | *Plaintiff has a FLSA claim for this week.* |||||||
| Hernandez Martinez, Crescencio | | | | | | | | | *Plaintiff has a FLSA claim for this week.* |||||||
| Hernandez Martinez, Esau | | | | | | | | | *Plaintiff has a FLSA claim for this week.* |||||||
| Hernandez Martinez, Jose Antonio | | | | | | | | | *Plaintiff has a FLSA claim for this week.* |||||||
| Hernandez Martinez, Zeferino | | | | | | | | | *Plaintiff has a FLSA claim for this week.* |||||||
| Martinez Hernandez, Geronimo | | | | | | | | | *Plaintiff has a FLSA claim for this week.* |||||||
| Martinez Martinez, Fidel | | | | | | | | | *Plaintiff has a FLSA claim for this week.* |||||||
| Medina Hernandez, Patricio | | | | | | | | | *Plaintiff has a FLSA claim for this week.* |||||||
| Ramirez Hernandez, Hilario Lorenzo | | | | | | | | | *Plaintiff has a FLSA claim for this week.* |||||||
| Ramirez Hernandez, Primitivo | | | | | | | | | *Plaintiff has a FLSA claim for this week.* |||||||
| Rubio Morales, Joel | | | | | | | | | *Plaintiff has a FLSA claim for this week.* |||||||
| Santos Hernandez, Ricardo | | | | | | | | | *Plaintiff has a FLSA claim for this week.* |||||||
| Fernandez Cruz, Ignacio | | | | | | | | | *Plaintiff has a FLSA claim for this week.* |||||||
| Hernandez Bautista, Abel Ciriaco | | | | | | | | | *Plaintiff has a FLSA claim for this week.* |||||||
| Hernandez Martinez, Esteban | | | | | | | | | *Plaintiff has a FLSA claim for this week.* |||||||
| Palacios Paredes, Ramon | | | | | | | | | *Plaintiff has a FLSA claim for this week.* |||||||
| Sanchez Covarrubias, Omar | | | | | | | | | *Plaintiff has a FLSA claim for this week.* |||||||

| Plaintiffs and Opt-In Plainitiffs | Pay Period End Date | Pre-Employment Expenses For Benefit of Defendant ||||||| Plaintiff's First Workweek Gross Pay | Workweek Field Walker Hours for FWs Who Also Drove Bus | Advance on Subsistence Payment | Housing Credit (Other FLSA Wages) | Unpaid FLSA Minimum Wages [(Hours x minimum wage + Expenses) - (Gross Pay + Housing Credit - Subsistence Advance)] | Interest Owed | Total FLSA Amount Owed for First Workweek With Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bus Fare (Home State to Monterrey) | Bus Fare (Monterrey to Laredo) | Bus Fare (Laredo to Bland Farms) | Hotel During Visa Processing | Banamex Fee (Right of the Visa) | Visa Fee | INS Form I-94 | Total Expenses | | | | | | | |
| **2008 Spring Harvest** | | | | | | | | | | | | | *(Minimum Wage is $5.85)* | | |
| Cortes-Gonzalez, Florencio | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Guerrero-Carrillo, Javier | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Antonio Hernandez, Reyno | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Damaso Hernandez, Santos Marcelo | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Elizalde Neri, Bulmaro | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Elizalde Neri, Javier | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Elizalde Neri, Rosalio | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Hernandez Hernandez, Anastacio | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Hernandez Hernandez, Benito Francisco | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Hernandez Hernandez, Domingo | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Hernandez Hernandez, Luis | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Hernandez Hernandez, Marcelino Francisco | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Hernandez Hernandez, Nasario | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Hernandez Hernandez, Oscar | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Hernandez Hernandez, Pedro | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Hernandez Hernandez, Ruben | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Hernandez Hernandez, Samuel | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Hernandez Hernandez, Santos Esteban | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Hernandez Martinez, Angel | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Hernandez Martinez, Esau | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Hernandez Martinez, Guadalupe | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Hernandez Martinez, Jose Antonio | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Hernandez Martinez, Zeferino | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Hernandez Mejia, Horacio | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Martinez Hernandez, Fidel | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Martinez Hernandez, Geronimo | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Martinez Martinez, Fidel | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Medina Hernandez, Patricio | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Medina Hernandez, Procoro Demetrio | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Medina Martinez, Crescencio | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Ramirez Hernandez, Hilario Lorenzo | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Ramirez Hernandez, Primitivo | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Rivera Padilla, Luis | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Rivera Valdes, Julio | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Torres Hernandez, Santos Camilo | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Victor Hernandez, Pedro | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Victor Serna, Israel | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Campos Quezada, Victoriano Manuel | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Carreto Perez, Hector | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Cruz Trejo, Obispo | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |
| Fernandez Cruz, Ignacio | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | | |

| Plaintiffs and Opt-In Plainitiffs | Pay Period End Date | Pre-Employment Expenses For Benefit of Defendant ||||||| Plaintiff's First Workweek Gross Pay | Workweek Field Walker Hours for FWs Who Also Drove Bus | Advance on Subsistence Payment | Housing Credit (Other FLSA Wages) | Unpaid FLSA Minimum Wages [(Hours x minimum wage + Expenses) - (Gross Pay + Housing Credit - Subsistence Advance)] | Interest Owed | Total FLSA Amount Owed for First Workweek With Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bus Fare (Home State to Monterrey) | Bus Fare (Monterrey to Laredo) | Bus Fare (Laredo to Bland Farms) | Hotel During Visa Processing | Banamex Fee (Right of the Visa) | Visa Fee | INS Form I-94 | Total Expenses | | | | | | |
| Fernandez Vite, Serafin | | *Plaintiff has a FLSA claim for this week.* |||||||||||||
| Hernandez Bautista, Abel Ciriaco | | *Plaintiff has a FLSA claim for this week.* |||||||||||||
| Hernandez Hernandez, Andres | | *Plaintiff has a FLSA claim for this week.* |||||||||||||
| Hernandez Martinez, Esteban | | *Plaintiff has a FLSA claim for this week.* |||||||||||||
| Martinez de la Cruz, Mardonio | | *Plaintiff has a FLSA claim for this week.* |||||||||||||
| Mejia Hernandez, Felix | | *Plaintiff has a FLSA claim for this week.* |||||||||||||
| Olvera Ruiz, Juan | | *Plaintiff has a FLSA claim for this week.* |||||||||||||
| Palacios Paredes, Ramon | | *Plaintiff has a FLSA claim for this week.* |||||||||||||
| Sanchez Covarrubias, Omar | | *Plaintiff has a FLSA claim for this week.* |||||||||||||
| Solis Velazquez, Filimon | | *Plaintiff has a FLSA claim for this week.* |||||||||||||

| Plaintiffs and Opt-In Plainitiffs | Pay Period End Date | Pre-Employment Expenses For Benefit of Defendant ||||||| Plaintiff's First Workweek Gross Pay | Workweek Field Walker Hours for FWs Who Also Drove Bus | Advance on Subsistence Payment | Housing Credit (Other FLSA Wages) | Unpaid FLSA Minimum Wages [(Hours x minimum wage + Expenses) - (Gross Pay + Housing Credit - Subsistence Advance)] | Interest Owed | Total FLSA Amount Owed for First Workweek With Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bus Fare (Home State to Monterrey) | Bus Fare (Monterrey to Laredo) | Bus Fare (Laredo to Bland Farms) | Hotel During Visa Processing | Banamex Fee (Right of the Visa) | Visa Fee | INS Form I-94 | Total Expenses | | | | | | |
| **2008 Fall Planting** | | | | | | | | | | | | | *(Minimum Wage is $6.55)* | | |
| Antonio Hernandez, Reyno | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Damaso Hernandez, Santos Marcelo | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Elizalde Neri, Rosalio | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Hernandez Hernandez, Benito Francisco | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Hernandez Hernandez, Benjamin | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Hernandez Hernandez, Domingo | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Hernandez Hernandez, Marcelino Francisco | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Hernandez Hernandez, Nasario | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Hernandez Hernandez, Samuel | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Hernandez Martinez, Angel | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Hernandez Martinez, Crescencio | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Hernandez Martinez, Zeferino | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Martinez Hernandez, Fidel | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Martinez Hernandez, Geronimo | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Martinez Martinez, Fidel | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Medina Hernandez, Patricio | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Medina Hernandez, Procoro Demetrio | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Rivera Padilla, Luis | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Rivera Valdes, Julio | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Santillan Alanis, Manuel | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Torres Hernandez, Santos Camilo | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Mejia Hernandez, Felix | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |
| Palacios Paredes, Ramon | | | | | | | | | | *Plaintiff has a FLSA claim for this week.* | | | | | |

**Count VI Total First Workweek Minimum Wages Owed**   **$12,099.84**

Days of interest were determined by calculating the number of days from the end of the workweek to the start date of trial (02/08/11). The interest rate is 7%. O.C.G.A. § 7-4-2 (a) (1) (A)

This damage chart is a revised version of Pls.' Tr. Ex. 36. Plaintifss have reduced the hotel expense to $8 and have also added time to account for a half day, 4 hour, orientation in the first workweek hours. An additional 2.8 to 4 hours was added depending on whether 1 hour or an average of 1.2 hours of orientation had been recorded by Defendant previously for the field walkers.