# FF - Exhibit E

# Contract Claim [Count III] Damage Chart for Reimbursement of Transportation and Subsistence Expenses
## *Ojeda-Sanchez v. Bland Farms,* Civ Act. No. 6:08-cv-96

| Plaintiffs and Opt-In Plaintiffs | Midpoint of Contract | Number of Days of Travel from Home State to Georgia | Subsistence Reimbursement Paid | Subsistence Owed (Days x Daily Subsistence Rate - Subsistence Paid) | Interest | Total Subsistence Owed With Interest |
|---|---|---|---|---|---|---|
| **2004 Spring Harvest** | | | | *(Subsistence rate was $8.78)* | | |
| Guerrero Chavez, Lorenzo | 4/28/2004 | 5 | $21.95 | $21.95 | $10.57 | $32.52 |
| Hernandez Hernandez, Anastacio | 4/28/2004 | 5 | $21.95 | $21.95 | $10.57 | $32.52 |
| Hernandez Hernandez, Domingo | 4/28/2004 | 5 | $21.95 | $21.95 | $10.57 | $32.52 |
| Hernandez Hernandez, Nasario | 4/28/2004 | 5 | $21.95 | $21.95 | $10.57 | $32.52 |
| Hernandez Hernandez, Samuel | 4/28/2004 | 5 | $21.95 | $21.95 | $10.57 | $32.52 |
| Hernandez Hernandez, Santos Moises | 4/28/2004 | 5 | $21.95 | $21.95 | $10.57 | $32.52 |
| Hernandez Martinez, Angel | 4/28/2004 | 5 | $21.95 | $21.95 | $10.57 | $32.52 |
| Hernandez Martinez, Guadalupe | 4/28/2004 | 5 | $21.95 | $21.95 | $10.57 | $32.52 |
| Hernandez Martinez, Zeferino | 4/28/2004 | 5 | $21.95 | $21.95 | $10.57 | $32.52 |
| Martinez Hernandez, Geronimo | 4/28/2004 | 5 | $21.95 | $21.95 | $10.57 | $32.52 |
| Medina Hernandez, Procoro Demetrio | 4/28/2004 | 5 | $21.95 | $21.95 | $10.57 | $32.52 |
| Rios Chavez, Elodio | 4/28/2004 | 5 | $21.95 | $21.95 | $10.57 | $32.52 |
| Rios Chavez, Patricio | 4/28/2004 | 5 | $21.95 | $21.95 | $10.57 | $32.52 |
| Trejo Ruiz, Misael | 4/28/2004 | 5 | $21.95 | $21.95 | $10.57 | $32.52 |
| Hernandez Bautista, Abel Ciriaco | | | | | | |
| **Count III Contract Wages Owed Harvest 2004** | | | | | | **$455.34** |

| Plaintiffs and Opt-In Plaintiffs | Midpoint of Contract | Number of Days of Travel from Home State to Georgia | Subsistence Reimbursement Paid | Subsistence Owed (Days x Daily Subsistence Rate - Subsistence Paid) | Interest | Total Subsistence Owed With Interest |
|---|---|---|---|---|---|---|
| **2004 Fall Planting** | | | | *(Subsistence rate was $8.78)* | | |
| Morales-Ramirez, Oscar Antonio | *Worker transferred from other H-2A employer - - No first week reimbursement claim* | | | | | |
| Hernandez Hernandez, Domingo | 11/27/2004 | 5 | $21.95 | $21.95 | $9.68 | $31.63 |
| Hernandez Hernandez, Nasario | *Worker transferred from other H-2A employer - - No first week reimbursement claim* | | | | | |
| Hernandez Hernandez, Samuel | 11/27/2004 | 5 | $21.95 | $21.95 | $9.68 | $31.63 |
| Hernandez Hernandez, Santos Moises | 11/27/2004 | 5 | $21.95 | $21.95 | $9.68 | $31.63 |
| Hernandez Martinez, Angel | *Worker transferred from other H-2A employer - - No first week reimbursement claim* | | | | | |
| Hernandez Martinez, Zeferino | 11/27/2004 | 5 | $21.95 | $21.95 | $9.68 | $31.63 |
| Hernandez Mejia, Horacio | *Worker transferred from other H-2A employer - - No first week reimbursement claim* | | | | | |
| Rios Chavez, Elodio | 11/27/2004 | 5 | $21.95 | $21.95 | $9.68 | $31.63 |
| Rivera Valdes, Julio | 11/27/2004 | 5 | $21.95 | $21.95 | $9.68 | $31.63 |
| Santillan Alanis. Manuel | 11/27/2004 | 5 | $21.95 | $21.95 | $9.68 | $31.63 |
| Carreto Perez, Hector | | | | | | |
| **Count III Contract Wages Owed Planting 2004** | | | | | | **$221.39** |

| Plaintiffs and Opt-In Plaintiffs | Midpoint of Contract | Number of Days of Travel from Home State to Georgia | Subsistence Reimbursement Paid | Subsistence Owed (Days x Daily Subsistence Rate - Subsistence Paid) | Interest | Total Subsistence Owed With Interest |
|---|---|---|---|---|---|---|
| **2005 Spring Harvest** | | | | *(Subsistence rate was $9.08)* | | |
| Hernandez Hernandez, Anastacio | 5/2/2005 | 5 | $22.70 | $22.70 | $9.33 | $32.03 |
| Hernandez Hernandez, Nasario | 5/2/2005 | 5 | $22.70 | $22.70 | $9.33 | $32.03 |
| Hernandez Hernandez, Pedro | 5/2/2005 | 5 | $22.70 | $22.70 | $9.33 | $32.03 |
| Hernandez Hernandez, Santos Moises | 5/2/2005 | 5 | $22.70 | $22.70 | $9.33 | $32.03 |
| Hernandez Martinez, Angel | 5/2/2005 | 5 | $22.70 | $22.70 | $9.33 | $32.03 |
| Hernandez Martinez, Guadalupe | 5/2/2005 | 5 | $22.70 | $22.70 | $9.33 | $32.03 |
| Hernandez Martinez, Zeferino | 5/2/2005 | 5 | $22.70 | $22.70 | $9.33 | $32.03 |
| Hernandez Mejia, Horacio | 5/2/2005 | 5 | $22.70 | $22.70 | $9.33 | $32.03 |
| Medina Hernandez, Procoro Demetrio | 5/2/2005 | 5 | $22.70 | $22.70 | $9.33 | $32.03 |
| Sanchez-Covarrubias, Bonifacio | 5/2/2005 | 5 | $22.70 | $22.70 | $9.33 | $32.03 |
| Torres Hernandez, Santos Camilo | 5/2/2005 | 5 | $22.70 | $22.70 | $9.33 | $32.03 |
| Trejo Ruiz, Misael | 5/2/2005 | 5 | $22.70 | $22.70 | $9.33 | $32.03 |
| Hernandez Bautista, Abel Ciriaco | | | | | | |
| **Count III Contract Wages Owed Harvest 2005** | | | | | | **$384.35** |

| Plaintiffs and Opt-In Plaintiffs | Midpoint of Contract | Number of Days of Travel from Home State to Georgia | Subsistence Reimbursement Paid | Subsistence Owed (Days x Daily Subsistence Rate - Subsistence Paid) | Interest | Total Subsistence Owed With Interest |
|---|---|---|---|---|---|---|
| **2005 Fall Planting** | | | | *(Subsistence rate was $9.08)* | | |
| Cortes-Gonzalez, Florencio | 11/24/2005 | 5 | $22.70 | $22.70 | $8.43 | $31.13 |
| Elizalde Neri, Javier | 11/24/2005 | 5 | $22.70 | $22.70 | $8.43 | $31.13 |
| Elizalde Neri, Rosalio | 11/24/2005 | 5 | $22.70 | $22.70 | $8.43 | $31.13 |
| Hernandez Cruz, Juan | 11/24/2005 | 5 | $22.70 | $22.70 | $8.43 | $31.13 |
| Hernandez Hernandez, Anastacio | 11/24/2005 | 5 | $22.70 | $22.70 | $8.43 | $31.13 |
| Hernandez Hernandez, Benjamin | *Worker transferred from other H-2A employer - - No first week reimbursement claim* | | | | | |
| Hernandez Hernandez, Domingo | 11/24/2005 | 5 | $22.70 | $22.70 | $8.43 | $31.13 |
| Hernandez Hernandez, Nasario | *Worker transferred and therefore has no reimbursement claim* | | | | | |
| Hernandez Hernandez, Santos Moises | 11/24/2005 | 5 | $22.70 | $22.70 | $8.43 | $31.13 |
| Hernandez Martinez, Angel | *Worker transferred from other H-2A employer - - No first week reimbursement claim* | | | | | |
| Hernandez Martinez, Zeferino | *Worker transferred from other H-2A employer - - No first week reimbursement claim* | | | | | |
| Hernandez Mejia, Horacio | *Worker transferred from other H-2A employer - - No first week reimbursement claim* | | | | | |
| Hernandez-Andablo, Saul | 11/24/2005 | 5 | $22.70 | $22.70 | $8.43 | $31.13 |
| Rios Chavez, Elodio | 11/24/2005 | 5 | $22.70 | $22.70 | $8.43 | $31.13 |
| Rivera Valdes, Julio | 11/24/2005 | 5 | $22.70 | $22.70 | $8.43 | $31.13 |
| Santillan Alanis, Manuel | 11/24/2005 | 5 | $22.70 | $22.70 | $8.43 | $31.13 |
| Torres Hernandez, Santos Camilo | 11/24/2005 | 5 | $22.70 | $22.70 | $8.43 | $31.13 |
| Carreto Perez, Hector | | | | | | |
| Hernandez Bautista, Abel Ciriaco | | | | | | |
| Ruiz Rangel, Horacio | | | | | | |
| Salguero Gonzalez, Victor | | | | | | |
| **Count III Contract Wages Owed Planting 2005** | | | | | | **$373.59** |

| Plaintiffs and Opt-In Plaintiffs | Midpoint of Contract | Number of Days of Travel from Home State to Georgia | Subsistence Reimbursement Paid | Subsistence Owed (Days x Daily Subsistence Rate - Subsistence Paid) | Interest | Total Subsistence Owed With Interest |
|---|---|---|---|---|---|---|
| **2006 Spring Harvest** | | | | *(Subsistence rate was $9.08)* | | |
| Guerrero Chavez, Lorenzo | 5/4/2006 | 5 | $22.70 | $22.70 | $7.73 | $30.43 |
| Hernandez Hernandez, Anastacio | 5/4/2006 | 5 | $22.70 | $22.70 | $7.73 | $30.43 |
| Hernandez Hernandez, Benito Francisco | 5/4/2006 | 5 | $22.70 | $22.70 | $7.73 | $30.43 |
| Hernandez Hernandez, Nasario | 5/4/2006 | 5 | $22.70 | $22.70 | $7.73 | $30.43 |
| Hernandez Hernandez, Santos Moises | 5/4/2006 | 5 | $22.70 | $22.70 | $7.73 | $30.43 |
| Hernandez Martinez, Angel | 5/4/2006 | 5 | $22.70 | $22.70 | $7.73 | $30.43 |
| Hernandez Martinez, Guadalupe | 5/4/2006 | 5 | $22.70 | $22.70 | $7.73 | $30.43 |
| Hernandez Martinez, Zeferino | 5/4/2006 | 5 | $22.70 | $22.70 | $7.73 | $30.43 |
| Rios Chavez, Elodio | 5/4/2006 | 5 | $22.70 | $22.70 | $7.73 | $30.43 |
| Rivera Valdes, Julio | 5/4/2006 | 5 | $22.70 | $22.70 | $7.73 | $30.43 |
| Sanchez-Covarrubias, Bonifacio | 5/4/2006 | 5 | $22.70 | $22.70 | $7.73 | $30.43 |
| Trejo Ruiz, Misael | 5/4/2006 | 5 | $22.70 | $22.70 | $7.73 | $30.43 |
| Covarrubias Hernandez, Agustin | | | | | | |
| Hernandez Bautista, Abel Ciriaco | | | | | | |
| Olvera Gonzalez, Hugo | | | | | | |
| **Count III Contract Wages Owed Harvest 2006** | | | | | | **$365.18** |

| Plaintiffs and Opt-In Plaintiffs | Midpoint of Contract | Number of Days of Travel from Home State to Georgia | Subsistence Reimbursement Paid | Subsistence Owed (Days x Daily Subsistence Rate - Subsistence Paid) | Interest | Total Subsistence Owed With Interest |
|---|---|---|---|---|---|---|
| | | | | *(Subsistence rate was $9.30)* | | |
| **2006 Fall Planting** | | | | | | |
| Guerrero-Hernandez, Alfonso | 11/17/2006 | 5 | $23.25 | $23.25 | $7.04 | $30.29 |
| Morales-Ramirez, Oscar Antonio | 11/17/2006 | 5 | $23.25 | $23.25 | $7.04 | $30.29 |
| Ortiz-Rocha, Juan Pablo | 11/17/2006 | 5 | $23.25 | $23.25 | $7.04 | $30.29 |
| Elizalde Neri, Javier | 11/17/2006 | 5 | $23.25 | $23.25 | $7.04 | $30.29 |
| Elizalde Neri, Rosalio | 11/17/2006 | 5 | $23.25 | $23.25 | $7.04 | $30.29 |
| Hernandez Hernandez, Domingo | 11/17/2006 | 5 | $23.25 | $23.25 | $7.04 | $30.29 |
| Hernandez Hernandez, Oscar | 11/17/2006 | 5 | $23.25 | $23.25 | $7.04 | $30.29 |
| Hernandez Hernandez, Santos Moises | *Worker transferred from other H-2A employer - - No first week reimbursement claim* | | | | | |
| Hernandez Martinez, Zeferino | *Worker transferred from other H-2A employer - - No first week reimbursement claim* | | | | | |
| Rivera Valdes, Julio | 11/17/2006 | 5 | $23.25 | $23.25 | $7.04 | $30.29 |
| Rojo-Andablo, Samuel | 11/17/2006 | 5 | $23.25 | $23.25 | $7.04 | $30.29 |
| Rubio Morales, Joel | 11/17/2006 | 5 | $23.25 | $23.25 | $7.04 | $30.29 |
| Santillan Alanis, Manuel | 11/17/2006 | 5 | $23.25 | $23.25 | $7.04 | $30.29 |
| Trejo Ruiz, Misael | 11/17/2006 | 5 | $23.25 | $23.25 | $7.04 | $30.29 |
| Carreto Perez, Hector | | | | | | |
| Covarrubias Hernandez, Agustin | | | | | | |
| Olvera Gonzalez, Hugo | | | | | | |
| Ruiz Rangel, Horacio | | | | | | |
| Salguero Gonzalez, Victor | | | | | | |
| **Count III Contract Wages Owed Planting 2006** | | | | | | **$363.49** |

| Plaintiffs and Opt-In Plaintiffs | Midpoint of Contract | Number of Days of Travel from Home State to Georgia | Subsistence Reimbursement Paid | Subsistence Owed (Days x Daily Subsistence Rate - Subsistence Paid) | Interest | Total Subsistence Owed With Interest |
|---|---|---|---|---|---|---|
| | | | | *(Subsistence rate was $9.52)* | | |
| **2007 Spring Harvest** | | | | | | |
| Cortes-Gonzalez, Florencio | 5/2/2007 | 5 | $23.80 | $23.80 | $6.45 | $30.25 |
| Guerrero-Carrillo, Javier | 5/2/2007 | 5 | $23.80 | $23.80 | $6.45 | $30.25 |
| Guerrero-Hernandez, Alfonso | 5/2/2007 | 5 | $23.80 | $23.80 | $6.45 | $30.25 |
| Morales-Morales, Arturo | 5/2/2007 | 5 | $23.80 | $23.80 | $6.45 | $30.25 |
| Morales-Morales, Raul | 5/2/2007 | 5 | $23.80 | $23.80 | $6.45 | $30.25 |
| Morales-Ramirez, Oscar Antonio | 5/2/2007 | 5 | $23.80 | $23.80 | $6.45 | $30.25 |
| Ojeda-Sanchez, David | 5/2/2007 | 5 | $23.80 | $23.80 | $6.45 | $30.25 |
| Ortiz-Rocha, Juan Pablo | 5/2/2007 | 5 | $23.80 | $23.80 | $6.45 | $30.25 |
| Antonio Camargo, Odilon | 5/2/2007 | 5 | $23.80 | $23.80 | $6.45 | $30.25 |
| Antonio Hernandez, Reyno | 5/2/2007 | 5 | $23.80 | $23.80 | $6.45 | $30.25 |
| Arcadio-Rubio, Bernabe | 5/2/2007 | 5 | $23.80 | $23.80 | $6.45 | $30.25 |
| Damaso Hernandez, Santos Marcelo | 5/2/2007 | 5 | $23.80 | $23.80 | $6.45 | $30.25 |
| Elizalde Neri, Bulmaro | 5/2/2007 | 5 | $23.80 | $23.80 | $6.45 | $30.25 |
| Elizalde Neri, Javier | 5/2/2007 | 5 | $23.80 | $23.80 | $6.45 | $30.25 |
| Elizalde Neri, Rosalio | 5/2/2007 | 5 | $23.80 | $23.80 | $6.45 | $30.25 |
| Hernandez Hernandez, Luis | 5/2/2007 | 5 | $23.80 | $23.80 | $6.45 | $30.25 |
| Hernandez Hernandez, Marcelino Francisco | 5/2/2007 | 5 | $23.80 | $23.80 | $6.45 | $30.25 |
| Hernandez Hernandez, Pedro | 5/2/2007 | 5 | $23.80 | $23.80 | $6.45 | $30.25 |
| Hernandez Hernandez, Samuel | 5/2/2007 | 5 | $23.80 | $23.80 | $6.45 | $30.25 |
| Hernandez Hernandez, Santos Moises | 5/2/2007 | 5 | $23.80 | $23.80 | $6.45 | $30.25 |
| Hernandez Martinez, Crescencio | 5/2/2007 | 5 | $23.80 | $23.80 | $6.45 | $30.25 |
| Hernandez Martinez, Guadalupe | 5/2/2007 | 5 | $23.80 | $23.80 | $6.45 | $30.25 |
| Hernandez Martinez, Jose Antonio | 5/2/2007 | 5 | $23.80 | $23.80 | $6.45 | $30.25 |
| Hernandez Martinez, Zeferino | 5/2/2007 | 5 | $23.80 | $23.80 | $6.45 | $30.25 |
| Martinez Hernandez, Geronimo | 5/2/2007 | 5 | $23.80 | $23.80 | $6.45 | $30.25 |
| Martinez Rubio, Santos | 5/2/2007 | 5 | $23.80 | $23.80 | $6.45 | $30.25 |
| Medina Martinez, Crescencio | 5/2/2007 | 5 | $23.80 | $23.80 | $6.45 | $30.25 |
| Rivera Valdes, Julio | 5/2/2007 | 5 | $23.80 | $23.80 | $6.45 | $30.25 |
| Rubio Morales, Joel | 5/2/2007 | 5 | $23.80 | $23.80 | $6.45 | $30.25 |
| Trejo Ruiz, Misael | 5/2/2007 | 5 | $23.80 | $23.80 | $6.45 | $30.25 |
| Carlin Vidal, Reyes | | | | | | |
| Covarrubias Hernandez, Agustin | | | | | | |
| Cruz Trejo, Obispo | | | | | | |
| Hernandez Bautista, Abel Ciriaco | | | | | | |
| Hernandez Martinez, Esteban | | | | | | |
| Magaña Bañales, Efren | | | | | | |
| Olvera Gonzalez, Hugo | | | | | | |
| Palacios Paredes, Ramon | | | | | | |
| Ruiz Rangel, Horacio | | | | | | |
| Salguero Gonzalez, Victor | | | | | | |
| Sanchez Covarrubias, Omar | | | | | | |
| **Count III Contract Wages Owed Harvest 2007** | | | | | | **$907.48** |

| Plaintiffs and Opt-In Plaintiffs | Midpoint of Contract | Number of Days of Travel from Home State to Georgia | Subsistence Reimbursement Paid | Subsistence Owed (Days x Daily Subsistence Rate - Subsistence Paid) | Interest | Total Subsistence Owed With Interest |
|---|---|---|---|---|---|---|
| **2007 Fall Planting** | | | | *(Subsistence rate was $9.52)* | | |
| Guerrero-Carrillo, Javier | 11/18/2007 | 5 | $23.80 | $23.80 | $5.54 | $29.34 |
| Antonio Hernandez, Reyno | 11/18/2007 | 5 | $23.80 | $23.80 | $5.54 | $29.34 |
| Damaso Hernandez, Santos Marcelo | 11/18/2007 | 5 | $23.80 | $23.80 | $5.54 | $29.34 |
| Elizalde Neri, Javier | 11/18/2007 | 5 | $23.80 | $23.80 | $5.54 | $29.34 |
| Elizalde Neri, Rosalio | 11/18/2007 | 5 | $23.80 | $23.80 | $5.54 | $29.34 |
| Hernandez Hernandez, Domingo | 11/18/2007 | 5 | $23.80 | $23.80 | $5.54 | $29.34 |
| Hernandez Hernandez, Marcelino Francisco | 11/18/2007 | 5 | $23.80 | $23.80 | $5.54 | $29.34 |
| Hernandez Hernandez, Oscar | 11/18/2007 | 5 | $23.80 | $23.80 | $5.54 | $29.34 |
| Hernandez Hernandez, Ruben | 11/18/2007 | 5 | $23.80 | $23.80 | $5.54 | $29.34 |
| Hernandez Hernandez, Samuel | 11/18/2007 | 5 | $23.80 | $23.80 | $5.54 | $29.34 |
| Hernandez Martinez, Angel | 11/18/2007 | 5 | $23.80 | $23.80 | $5.54 | $29.34 |
| Hernandez Martinez, Crescencio | 11/18/2007 | 5 | $23.80 | $23.80 | $5.54 | $29.34 |
| Hernandez Martinez, Esau | 11/18/2007 | 5 | $23.80 | $23.80 | $5.54 | $29.34 |
| Hernandez Martinez, Jose Antonio | 11/18/2007 | 5 | $23.80 | $23.80 | $5.54 | $29.34 |
| Hernandez Martinez, Zeferino | 11/18/2007 | 5 | $23.80 | $23.80 | $5.54 | $29.34 |
| Martinez Hernandez, Geronimo | 11/18/2007 | 5 | $23.80 | $23.80 | $5.54 | $29.34 |
| Martinez Martinez, Fidel | 11/18/2007 | 5 | $23.80 | $23.80 | $5.54 | $29.34 |
| Medina Hernandez, Patricio | 11/18/2007 | 5 | $23.80 | $23.80 | $5.54 | $29.34 |
| Ramirez Hernandez, Hilario Lorenzo | 11/18/2007 | 5 | $23.80 | $23.80 | $5.54 | $29.34 |
| Ramirez Hernandez, Primitivo | 11/18/2007 | 5 | $23.80 | $23.80 | $5.54 | $29.34 |
| Rubio Morales, Joel | 11/18/2007 | 5 | $23.80 | $23.80 | $5.54 | $29.34 |
| Santos Hernandez, Ricardo | 11/18/2007 | 5 | $23.80 | $23.80 | $5.54 | $29.34 |
| Fernandez Cruz, Ignacio | | | | | | |
| Hernandez Bautista, Abel Ciriaco | | | | | | |
| Hernandez Martinez, Esteban | | | | | | |
| Palacios Paredes, Ramon | | | | | | |
| Sanchez Covarrubias, Omar | | | | | | |
| **Count III Contract Wages Owed Planting 2007** | | | | | | **$645.41** |

| Plaintiffs and Opt-In Plaintiffs | Midpoint of Contract | Number of Days of Travel from Home State to Georgia | Subsistence Reimbursement Paid | Subsistence Owed (Days x Daily Subsistence Rate - Subsistence Paid) | Interest | Total Subsistence Owed With Interest |
|---|---|---|---|---|---|---|
| **2008 Spring Harvest** | | | | *(Subsistence rate was $9.52)* | | |
| Cortes-Gonzalez, Florencio | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Guerrero-Carrillo, Javier | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Antonio Hernandez, Reyno | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Damaso Hernandez, Santos Marcelo | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Elizalde Neri, Bulmaro | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Elizalde Neri, Javier | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Elizalde Neri, Rosalio | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Hernandez Hernandez, Anastacio | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Hernandez Hernandez, Benito Francisco | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Hernandez Hernandez, Domingo | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Hernandez Hernandez, Luis | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Hernandez Hernandez, Marcelino Francisco | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Hernandez Hernandez, Nasario | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Hernandez Hernandez, Oscar | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Hernandez Hernandez, Pedro | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Hernandez Hernandez, Ruben | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Hernandez Hernandez, Samuel | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Hernandez Hernandez, Santos Esteban | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Hernandez Martinez, Angel | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Hernandez Martinez, Esau | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Hernandez Martinez, Guadalupe | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Hernandez Martinez, Jose Antonio | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Hernandez Martinez, Zeferino | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Hernandez Mejia, Horacio | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Martinez Hernandez, Fidel | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Martinez Hernandez, Geronimo | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Martinez Martinez, Fidel | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Medina Hernandez, Patricio | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Medina Hernandez, Procoro Demetrio | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Medina Martinez, Crescencio | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Ramirez Hernandez, Hilario Lorenzo | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Ramirez Hernandez, Primitivo | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Rivera Padilla, Luis | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Rivera Valdes, Julio | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Torres Hernandez, Santos Camilo | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Victor Hernandez, Pedro | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Victor Serna, Israel | 5/4/2008 | 5 | $23.80 | $23.80 | $4.77 | $28.57 |
| Campos Quezada, Victoriano Manuel | | | | | | |
| Carreto Perez, Hector | | | | | | |
| Cruz Trejo, Obispo | | | | | | |
| Fernandez Cruz, Ignacio | | | | | | |

| Plaintiffs and Opt-In Plaintiffs | Midpoint of Contract | Number of Days of Travel from Home State to Georgia | Subsistence Reimbursement Paid | Subsistence Owed (Days x Daily Subsistence Rate - Subsistence Paid) | Interest | Total Subsistence Owed With Interest |
|---|---|---|---|---|---|---|
| Fernandez Vite, Serafin | | | | | | |
| Hernandez Bautista, Abel Ciriaco | | | | | | |
| Hernandez Hernandez, Andres | | | | | | |
| Hernandez Martinez, Esteban | | | | | | |
| Martinez de la Cruz, Mardonio | | | | | | |
| Mejia Hernandez, Felix | | | | | | |
| Olvera Ruiz, Juan | | | | | | |
| Palacios Paredes, Ramon | | | | | | |
| Sanchez Covarrubias, Omar | | | | | | |
| Solis Velazquez, Filimon | | | | | | |
| **Count III Contract Wages Owed Harvest 2008** | | | | | | **$1,057.08** |

| Plaintiffs and Opt-In Plaintiffs | Midpoint of Contract | Number of Days of Travel from Home State to Georgia | Subsistence Reimbursement Paid | Subsistence Owed (Days x Daily Subsistence Rate - Subsistence Paid) | Interest | Total Subsistence Owed With Interest |
|---|---|---|---|---|---|---|
| **2008 Fall Planting** | | | | *(Subsistence rate was $9.90)* | | |
| Antonio Hernandez, Reyno | 11/23/2008 | 5 | $24.75 | $24.75 | $4.00 | $28.75 |
| Damaso Hernandez, Santos Marcelo | 11/23/2008 | 5 | $24.75 | $24.75 | $4.00 | $28.75 |
| Elizalde Neri, Rosalio | 11/23/2008 | 5 | $24.75 | $24.75 | $4.00 | $28.75 |
| Hernandez Hernandez, Benito Francisco | 11/23/2008 | 5 | $24.75 | $24.75 | $4.00 | $28.75 |
| Hernandez Hernandez, Benjamin | 11/23/2008 | 5 | $24.75 | $24.75 | $4.00 | $28.75 |
| Hernandez Hernandez, Domingo | 11/23/2008 | 5 | $24.75 | $24.75 | $4.00 | $28.75 |
| Hernandez Hernandez, Marcelino Francisco | 11/23/2008 | 5 | $24.75 | $24.75 | $4.00 | $28.75 |
| Hernandez Hernandez, Nasario | 11/23/2008 | 5 | $24.75 | $24.75 | $4.00 | $28.75 |
| Hernandez Hernandez, Samuel | 11/23/2008 | 5 | $24.75 | $24.75 | $4.00 | $28.75 |
| Hernandez Martinez, Angel | 11/23/2008 | 5 | $24.75 | $24.75 | $4.00 | $28.75 |
| Hernandez Martinez, Crescencio | 11/23/2008 | 5 | $24.75 | $24.75 | $4.00 | $28.75 |
| Hernandez Martinez, Zeferino | 11/23/2008 | 5 | $24.75 | $24.75 | $4.00 | $28.75 |
| Martinez Hernandez, Fidel | 11/23/2008 | 5 | $24.75 | $24.75 | $4.00 | $28.75 |
| Martinez Hernandez, Geronimo | 11/23/2008 | 5 | $24.75 | $24.75 | $4.00 | $28.75 |
| Martinez Martinez, Fidel | 11/23/2008 | 5 | $24.75 | $24.75 | $4.00 | $28.75 |
| Medina Hernandez, Patricio | 11/23/2008 | 5 | $24.75 | $24.75 | $4.00 | $28.75 |
| Medina Hernandez, Procoro Demetrio | 11/23/2008 | 5 | $24.75 | $24.75 | $4.00 | $28.75 |
| Rivera Padilla, Luis | 11/23/2008 | 5 | $24.75 | $24.75 | $4.00 | $28.75 |
| Rivera Valdes, Julio | 11/23/2008 | 5 | $24.75 | $24.75 | $4.00 | $28.75 |
| Santillan Alanis, Manuel | 11/23/2008 | 5 | $24.75 | $24.75 | $4.00 | $28.75 |
| Torres Hernandez, Santos Camilo | 11/23/2008 | 5 | $24.75 | $24.75 | $4.00 | $28.75 |
| Mejia Hernandez, Felix | | | | | | |
| Palacios Paredes, Ramon | | | | | | |
| **Count III Contract Wages Owed Planting 2008** | | | | | | **$603.68** |

Days of interest were determined by calculating the number of days from the end of the workweek to the start date of trial (02/08/11). The interest rate is 7%. O.C.G.A. § 7-4-2 (a) (1) (A)

**Count III Total Contract Wages Owed With Interest** **$5,377.00**