UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DAVID OJEDA SANCHEZ, et al.,

**Plaintiffs,**

v.     6:08-cv-96

BLAND FARMS, LLC,

**Defendant.**

## ORDER

Following a bench trial in this case, the Court ordered Plaintiffs to complete damages calculation charts based on a list of preliminary findings. *See* Doc. 325. Plaintiffs filed a damages chart on May 5, 2011, with a few alterations to the Court's forms. *See* Doc. 326. The Court approves of Plaintiffs' amendments to the its prescribed forms. *See* Doc. 326 at 1. Defendant stipulated to Plaintiffs' damages calculations on May 16, 2011. *See* Doc. 327.

In drafting the Court's final findings of fact and conclusions of law, the Court has determined that the Defendant's requested sum of fifty dollars ($50) per week is the appropriate housing credit to be deducted from Plaintiffs' paychecks each week.

In addition, the calculations submitted by Plaintiffs include several inaccuracies. *See* Doc. 326-1 at 1. Rows four through twelve of its 2004 Fall Planting chart show the astronomical figure of $38,311 per week as the minimum wages owed each of them. *See id.*

Also, Plaintiffs' damages for the 2004 Spring Harvest are based on the 2005 harvest season because Defendant did not produce any records from the 2004 harvest. *See id.* at n.1. The Court directs Plaintiffs to fill in the chart with whatever hours worked, minimum wages owed, and amounts paid they are using to arrive at their damages figure. *See id.*

The Court orders Plaintiffs to submit new damages charts incorporating the Court's amended factual finding and correcting their errors in computation. Defendant will then have a chance to respond. Plaintiff is ordered to submit its amended damages charts within five (5) days of this Order. Bland is ordered to submit its response within five (5) days of Plaintiffs' filing. The Court will not accept any replies.

This 1st day of June 2011.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA