AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DAVID OJEDA-SANCHEZ, et al, and all others similarly situated,

**JUDGMENT IN A CIVIL CASE**

V.

CASE NUMBER: CV 608-096

BLAND FARMS, LLC, et al

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The Court enters Judgment in favor of Plaintiffs in the amount of thirteen thousand eighty dollars and eighteen cents ($13,080.18. Defendant is liable to each individual Plaintiff in the amounts listed in Doc. 330-2.

Approved by: _____
B. Avant Edenfield, Judge

July 18, 2011
Date

Scott L. Poff
Clerk

_____
(By) Deputy Clerk