**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

**DAVID OJEDA SANCHEZ, et. al.,**

**Plaintiffs,**

v.                        **6:08-cv-96**

**BLAND FARMS, LLC,**

**Defendant.**

## ORDER

On July 18, 2011, the Court entered judgment in favor of Plaintiffs in the amount of $13,080.18. *See* Doc. 339. On the same day, Plaintiffs filed their Bill of Costs, seeking an award of $20,458.42. *See* Doc. 340. On August 17, 2011, the clerk taxed $20,458.42 in costs and fees against Defendant Bland Farms, LLC ("Bland"). *See* Doc. 342.

On August 22, 2011, Bland appealed the taxation of costs. *See* Doc. 344. The Court determined that Plaintiffs were the prevailing party and entitled to costs. *See* Doc. 350 at 1. The Court however directed Bland to file specific, itemized objections to Plaintiffs' Bill of Costs. *See id.* at 3. Bland had until October 4, 2011 to file its specific objections. *See id.* Bland failed to file any specific, itemized objections.

Now before the Court is Plaintiffs' "Notice of No Itemized Objection to Plaintiffs' Costs." *See* Doc. 351. Plaintiffs ask the Court to affirm the clerk's taxation of costs. *See id.*

Because Bland has failed to file any specific itemized objections, the Court *AFFIRMS* the clerk's taxation of costs against Bland in the amount of $20,458.42. *See* Doc. 342.

This 17th day of October 2011.

*B Avant Edenfield*

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA