IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DAVID OJEDA-SÁNCHEZ, et al., and all
others similarly situated,

   Plaintiffs,

v.

BLAND FARMS LLC, et al,

   Defendants.

CIV. ACT. NO. 6:08-cv-96-(BAE)

**ORDER**

  Having reviewed Plaintiffs' Revised Damage Charts Pursuant to November 29, 2012, Order of the Eleventh Circuit, Doc. 362, the Court finds the proposed damage calculations accurately reflect the order of the Eleventh Circuit. The Court enters judgment in favor of Plaintiffs in the amount of $18,923.53, including $2,543.16 in damages under the Fair Labor Standards Act, and accordingly the prior judgment entered as Docket 339 is hereby amended. Defendant is liable to each individual Plaintiff in the amounts listed in Doc. 362-1.

SO ORDERED this 3 day of June, 2013,

B. Avant Edenfield, Judge
Southern District of Georgia