IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| DAVID OJEDA-SÁNCHEZ, et al., and all others similarly situated, | : : : : |
| Plaintiffs, | : : |
| v. | CIVIL ACTION NO. 6:08-cv-96 : : |
| BLAND FARMS, LLC, et al, | : : |
| Defendants. | : : |

**PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs move pursuant to Fed. R. Civ. P. 58(d) to request the Court to order the Clerk's office to enter judgment (for example on form AO-450 "Judgment in a Civil Case") against Defendant Bland Farms, LLC, and in favor of Plaintiffs in the amount of eighteen thousand nine hundred twenty three dollars and eighteen cents ($18,923.53) in accordance with the final order entered by the Court on June 3, 2013. Doc. 368. Rule 58 expressly provides that a separate judgment must be entered. Fed. R. Civ. P. 58(a) (providing that "[e]very judgment and amended judgment must be set out in a separate document."). Plaintiffs request that the judgment reference that Defendant is liable to each individual Plaintiff in the amounts listed in Doc. 362-1 as the Court indicated in its order.

Respectfully submitted this 13th day of June, 2013,

/s Dawson Morton
Dawson Morton
Georgia Bar No. 525985
Georgia Legal Services Program, Farmworker Div.
104 Marietta St., Suite 250

Atlanta, Georgia 30303
Tel.: 404-463-1633
Fax: 404-463-1623
Email: dmorton@glsp.org

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I have on this 13th day of June 2013, electronically filed with the Clerk of the Court using CM/ECF the foregoing PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT and all attachments.  A copy will be sent to the Defendants using CM/ECF:

    Timothy Harden, III
    Taylor, Odachowski, Sperry & Crossland, LLC
    P.O. Box 24028
    St. Simons Island, Georgia 31522
    tharden@tosclaw.com

    Wiley Wasden, Esq.
    William E. Dillard, Esq.
    Brennan and Wasden LLP
    P.O. Box 8047
    Savannah, Georgia 31412
    bdillard@brennanandwasden.com
    Wwasden@brennanwasden.com

    *Attorneys for Defendants*

                                                        /s Dawson Morton
                                                     Counsel for Plaintiffs