IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| DAVID OJEDA-SÁNCHEZ, et al., and all others similarly situated, | : : : : |
| Plaintiffs, | : : CIV. ACT. NO. 6:08-cv-96-(BAE) |
| v. | : : |
| BLAND FARMS, et al, | : : |
| Defendants. | : : |

PLAINTIFFS' MOTION FOR ATTORNEYS' FEES
PURSUANT TO FED. R. CIV. P. 54(d)(2)

Plaintiffs advise the Court and Defendant Bland Farms, LLC, that Plaintiffs' counsel seeks an award of attorneys' fees pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b). While the Clerk's entry of judgment has not yet been made, Plaintiffs seek an award of fees for the FLSA judgment obtained post-appeal. The Court has previously determined that Plaintiffs were the prevailing parties. Doc. 350 at 1 ("Plaintiffs are the prevailing party for the purposes of Fed. R. Civ. P. 54(d)."). "Prevailing plaintiffs are automatically entitled to attorneys' fees and costs under the FLSA[.]" *Dale v. Comcast Corp.*, 498 F.3d 1216, 1223 n.12 (11th Cir. 2007). This Court has ordered judgment be entered against Defendant Bland Farms, LLC under the Fair Labor Standards Act. Doc. 368. Plaintiffs reasonably estimate their fees, after an exercise of billing judgment, at $200,000. Plaintiffs will supplement this motion with detailed specification of the hours worked, affidavits, and a supporting brief within 30 days of the entry of judgment as provided by S.D. Ga. Local Rule 54.2(c).

1

Respectfully submitted this _17th_ day of June 2013,

___s/ Dawson Morton_____
Dawson Morton
Georgia Bar No. 525985
Lisa J. Krisher
Georgia Bar No. 429762
Georgia Legal Services Program
104 Marietta Street, Suite 250
Atlanta, Georgia 30303
Tel.: 404-463-1633
Fax.: 404-463-1623

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that I have on this 17th day of June, 2013, electronically filed with the Clerk of the Court the foregoing PLAINTIFFS' MOTION FOR ATTORNEYS' FEES. The court using the CM/ECF system will send notification of such filing to the following:

Timothy Harden, III
Taylor, Odachowski, Sperry & Crossland, LLC
P.O. Box 24028
St. Simons Island, Georgia 31522
tharden@tosclaw.com

Wiley Wasden, Esq.
William E. Dillard, Esq.
Brennan and Wasden LLP
P.O. Box 8047
Savannah, Georgia 31412
bdillard@brennanandwasden.com
Wwasden@brennanwasden.com

     *Attorneys for Defendants*

                                      __s/ Dawson Morton_____
                                          Counsel for Plaintiffs