IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DAVID OJEDA-SÁNCHEZ, et al., and all others similarly situated,

Plaintiffs,

v.

BLAND FARMS, LLC, et al,

Defendants.

CIVIL ACTION NO. 6:08-cv-96

### ORDER ON PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT

The Court grants Plaintiffs' Motion for Entry of Judgment and directs that judgment be set forth against Defendant Bland Farms, LLC, in the amount of $18,923.53 as required by Fed. R. Civ. P. 58(a). The judgment shall state that "Defendant is liable to each individual Plaintiff in the amounts listed in Doc. 362-1." Because this judgment supplants the judgment previously entered in this case, Doc. 339, a portion of the judgment, $13,538.58, has been satisfied which the judgment shall reflect.

This 2 day of July 2013.

Hon. B. Avant Edenfield
U.S. District Court Judge