AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

David Ojeda-Sanchez et al.,

                                              JUDGMENT IN A CIVIL CASE

            V.                          CASE NUMBER: CV608-96

Bland Farms et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated October 16, 2013, judgment is entered in favor of Plaintiffs' in the amount of $90,288.00.

October 16, 2013                                  Scott L. Poff
Date                                                  Clerk

                                                                  (By) Deputy Clerk

GAS Rev 10/1/03